District Court of the United States
for the
District of Columbia

FILED
APR 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Anthony Singleton-El

               Plaintiff,

vs.

ADMINISTRATIVE OFFICE OF UNITED
STATES COURTS Corporation,

               Defendant,

Case: 1:07-cv-00791
Assigned To : Kennedy, Henry H.
Assign. Date : 4/30/2007
Description: TRO/PI

Motion for Temporary
Restraining Order and
Preliminary Injuction
Pursuant to FRCP Rule 65(a)(b)

## MOTION FOR TEMPORARY RESTRAINING ORDER
## AND
## PRELIMINARY INJUNCTION

Comes now, Anthony Singleton-El, Plaintiff in civil action for relief from Defendant's, ADMINISTRATIVE OFFICE UNITED STATES COURTS, willful and intentional violations of Title 5 USC §552a (d)(2)(A), and (B) of the Privacy Act, and moves this honorable Court to issue forthwith, Temporary Restraining Order and Preliminary Injunction against Defendant, so as to prevent Defendant from continued release of inaccurate statistical data interagency with regard to Plaintiff.

The agency is responsible for the dissemination of inaccurate statistical data regarding Plaintiff and Plaintiff's right to property. Subject records are part of a national matching agreement and the inaccuracy of the agency's records undermines the integrity of the entire program.

Plaintiff has filed with the Court a civil claim for relief in accord with Title 5 USC §552a (g)(1)(A), (B), and (C), setting forth in detail an asserted right to be precluded from the adverse effects of inaccurate records maintained by the agency on the basis of such records pursuant to the Privacy Act. Plaintiff has suffered a legal wrong due to the agency's willful and intentional non-compliance with the statute regarding inaccurate records, entitling Plaintiff to all available remedies at law, including but not limited to permanent injunction and actual damages.

In support of this motion Plaintiff asserts the following;

1) Plaintiff is likely to prevail on the merits as Plaintiff has exhausted his administrative remedies and has judgment in estoppel against the Defendant which is attached herewith, i.e. (Notary Certificate of Dishonor), making all issues concerning the rights being asserted within the claim pre-established and stare decisis;

2) Plaintiff is likely to prevail on the merits as Plaintiff has found no statute which grants consent expressly or impliedly to the ADMINISTRATIVE OFFICE OF UNITED STATES COURTS, to maintain and or disseminate incomplete and inaccurate statistical data and material information inter-agency or otherwise, which would cause substantial harm and irreparable injury to an individual protected under the Privacy Act;

3) Request for injunction is required to prevent Defendant from further abuse to Plaintiff as subject records are being utilized to hold Plaintiff to commercial obligations Defendant cannot substantiate;

4) Said commercial obligations are being enforced on the basis of incomplete and inaccurate records maintained by the agency, causing Plaintiff immediate and irreparable damage through loss of liberty and loss of rights to private property for public use, for which Plaintiff cannot be adequately compensated by monetary damages;

5) The grant of temporary injunction against the Defendant by the Court will not substantially harm Defendant, as Plaintiff herewith this request provides the Court security pursuant to Rule 65(c), in the form of the attached Bond# **021553**, which is underwritten via the Pre-Paid private exemption of Anthony Singleton-El, and authorizes the district court of the United States, District of Columbia, to assess all requirements to facilitate this request by inserting the appropiate surety amount and any other requirements onto the attached Bond# **021553**. The Plaintiff has notified the trustee of the constructive trust Henry M. Paulson, Jr. of this exchange, as said Pre-Paid exemption is registered with the trustee, as UCC Contract Trust Account# <u>70022410000228902012</u>, The Courts authorization to effectuate said surety is evidenced with the attached Certified [NOTICE OF USE OF CREDIT] #<u>70053110000388134015</u>.

6) The grant of temporary injunction against the Defendant will not improperly frustrate congressionally mandated procedures, nor present threat to public health, safety, or welfare relied on by the agency, which would outweigh the immediate harm and further irreparable damage caused by the agency for non-compliance with the statute where injunction is proper.

January 11, 2006

Ann Milton
Notary Public
7325 S. East End Avenue
Chicago, Illinois  60649

County of Cook    )
                  )ss
State of Illinois )

## CERTIFICATE OF PROTEST
## CERTIFICATE OF DISHONOR

On December 13, 2005, Anthony Singleton-El, caused to be delivered via registered mail, maritime drafts to the agents, officers, indicated herein, bearing the duty to respond to the presentments, (PUBLIC NOTICE AND SURETY BOND), and (LETTER ROGATORY). Notwithstanding numerous vary other drafts by the non-fictional entity. All such presentments establish the diversity between the fictional entity charged, convicted, and liened as surety for the "Miller Act" bonds, and that the non fictional entity is being held for the fictional entity. Said presentments sought to establish a cure for the misapplications of the policies being enforced or in the alternative a stipulation that there were no outstanding unsettled and/or unresolved claims, or evidence of a superior lien.
To date, I have not received response as requested and that the failure to recreate the evidence or proof so required is deemed certificate of acknowledgement that all of the positions of the Creditor, Secured Party, are accurate, and there is no authority whatsoever for any party to detain, withhold, or utilize the property [ANTHONY SINGLETON, AUTOtris# 336465461, Cusip# 336465461, EIN# 336465461], as this official has not been provided the responses necessary for the establishment of authority contrary to the position established by the Creditor, Secured Party, Anthony Singleton El.  Such responses were required of:

MICHAEL W. DOBBINS,  d/b/a, U.S. DISTRICT COURT CLERK
DAVID H. COAR, d/b/a, U.S. DISTRICT COURT JUDGE
RICK D. YOUNG, d/b/a, ASSISTANT U.S. ATTORNEY
PATRICK J. FITZGERALD, d/b/a U.S. ATTORNEY
Everett McKinley Dirksen Bldg.
219 South Dearborn Street
Chicago, Illinois  60604

The records show that the agents acting for the principal, all of whom received copies of the above referenced drafts, elected to so stipulate, as to the fact that no unresolved claims remain outstanding, which would prevent an order from issuing to permanently close and settle the issue of release of the property bearing the superior lien cited on the drafts. The stipulations are sustained on the grounds that the agents, officials, had a duty to provide notice to the principal, and the principal had a duty to provide notice to their agents, officials, as to the lack of response would result in the agreement outlined in the [PUBLIC NOTICE AND SURETY BOND/AFFIDAVIT OF STIPULATION] and [OPPORTUNITY TO CURE].

**FILED**

07 0791    APR 3 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

This **CERTIFICATE OF PROTEST/CERTIFICATE OF DISHONOR**, reflects this Notary's personal knowledge that said agents/officers of the court, failed to respond, certifying the stipulations sought was granted. This Notary now has personal knowledge that all of the parties named above as recipients, elected not to respond to the drafts a second time, when sent by this Notary, and elected not to cure, via response to the **[NOTICE OF PROTEST/OPPORTUNITY TO CURE]**, which establishes the "Dishonor". The terms and conditions clearly designate the terms and conditions the silence would manifest, particulary; (A) that the lien upon the property/body of **ANTHONY SINGLETON**, a fictional entity, is a superior lien, as referenced by the UCC-1 filing FS 8593248 SOSIL of July 23, 2004, is superior; (B) that the lien placed upon the property / body of **ANTHONY SINGLETON**, by the UNITED STATES via RICK D. YOUNG, is inferior to the lien of Anthony Singleton-El; (C) that the secondary lien holder never received permission from the primary lien holder to subordinate the superior lien; (D) that Anthony Singleton-El did not knowingly or intentionally dishonor the claims made by the UNITED STATES via RICK D. YOUNG, and that the presumption of dishonor was the direct result of fraud and misrepresentation; (E) that the Principal, primary lien holder is entitled to the return of the tax deductions seized under color of law, as a direct result of the 1096-1098 filings made with the IRS on behalf of the Trust, without consent and without authority under the color of law; (F) that the Principal, primary lien holder, Anthony Singleton-El, is entitled to all capital and interest acquired as a direct result of fraud and unlawful conversion; (G) that the primary lien holder is entitled to immediately recover the GSA SF 273, Performance Bonds, SF 274 Payment Bonds, and SF 275 Re-insurance Bonds, and all capital and interest, as all such bonds have been discharged through the primary lien holders private exemption; (H) that the UCC-1 financing statement and the associated Security Agreement [FS 8593248 SOSIL] establishes the diversity issue, that the party being held and detained as surety at the Federal Bureau of Prisons contract warehousing facility, may not be attained as surety for the fictional entity; (I) and that all claims to the property/body of [**ANTHONY SINGLETON, HALL**, AUTOtris# 336465461, CUSIP# 336465461, EIN# 336465461] and the Public Liability 03 CR 0175 NDIL, AUTOtris# CUSIP#, 336465461, have been settled and completely adjusted and permanently closed with prejudice.

THEREFORE, the undersigned declares, that I have tendered this maritime **CERTIFICATE OF DISHONOR** to the drawer of the maritime drafts, and that this Notary has title to the stipulations, and is prepared to testify the same, as third party witness, should any questions arise as to the validity of the stipulations contained herein.

_Ann Milton_, Notary Public                    05/16/2007
                                               Commission Expires

"OFFICIAL SEAL"
Ann Milton
Notary Public, State of Illinois
My Commission Exp. 05/16/2007

County of Cook    )
                 )ss
State of Illinois)


MICHAEL W. DOBBINS, dba, U.S. DISTRICT COURT CLERK
DAVID H. COAR, dba, U.S. DISTRICT COURT JUDGE
RIICK D. YOUNG, dba, ASSISTANT U.S. ATTORNEY
PATRICK J. FITZGERALD, dba, U.S. ATTORNEY
c/o Everett McKinley Dirksen Bldg.
219 South Dearborn Street
Chicago, Illinois  60604

Re: 03 CR 0175

NOTICE OF PROTEST
AND
OPPORTUNITY TO CURE

FILED

DEC 3 0 2005   NF
DEC 30 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Recipients,

On December /3+H, 2005, the undersigned sent to you NOTICE, [OPPORTUNITY TO CURE], regarding correction of records to reflect discharge of your claim, i.e. complete settlement and closure of the above referenced account through Acceptance, as outlined within the maritime presentments, LETTER ROGATORY, PUBLIC NOTICE AND SURETY BOND, and AFFIDAVIT FOR COMPLETE SETTLEMENT AND CLOSURE OF ACCOUNT/RETURN OF FUNDS, all of which required a point by point rebuttal/response in defiance, sworn truth upon your commercial liability. You failed to accept or perform after receiving the presentment [OPPORTUNITY TO CURE] from me.

You must be deemed in default, as having stipulated to the terms of the Public Notices, and Letter Rogatory presentments indicating the offer for you to provide proof that your lien is superior, or evidence Anthony Singleton-El, subordinated his superior lien, for the holding of the property so liened, ergo, the body of ANTHONY SINGLETON, and associated accounts, through your dishonor. You have the opportunity to cure this default and perform according to said terms of the presentments in a timely manner. Should you fail to perform, or elect to remain silent, I will issue a Certficate of Dishonor/Certificate of Protest, in accordance with the provisions of the Uniform Commercial Code UCC 3-505, and prepare to testify, as necessary, that you have stipulated to the terms and conditions so indicated within the Public Notices and Letter Rogatory, which is that the lien of Anthony Singleton -El, is superior to yours, and there exists no grounds for the detention of the property belonging to the primary lien holder to be held by the secondary lien holder without the exclusive permission of the superior lien holder, and that no such permission has been granted to the public entity UNITED STATES, via RICK D. YOUNG, et alia.

Therefore you are required to correct the records and release the liens, or produce the evidence so required within (72 hours), as in accord with Regulation Z of the Truth and Lending Act. The Undersigned shall record this affidavit and attach to the maritime presentments already on file, for enabling the parties to consider the same and take the proper actions for ensuring that all further proceedings be in accord with the wishes and desires of the honorable parties.

Thank you for your prompt attention to this matter.

Sincerely,

*[signature]*                                               Dated 12/29/05
Ann Milton, Notary Public

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Ann Milton, Notary Public
7325 So. East End Ave.
Chicago, Illinois   60649

"OFFICIAL SEAL"
Ann Milton
Notary Public, State of Illinois
My Commission Exp. 05/16/2007

Subscribed and sworn to before me this ____ day of _____ 20__
at Chicago, County of Cook, State of Illinois

Notary Public *[signature]*

"OFFICIAL SEAL"
SYLVIA A. ALLEN
Notary Public, State of Illinois
My Commission Expires Oct. 24, 2007

County of Cook   )
                 )ss
State of Illinois)

**** NOTICE ****

OPPORTUNITY TO CURE

Doc#: 0532912117 Fee: $104.50
Eugene "Gene" Moore
Cook County Recorder of Deeds
Date: 11/25/2005 04:18 PM Pg: 1 of 41

   I, Ann Milton, Notary Public, have reviewed the attached documents, [PUBLIC NOTICE AND SURETY BOND, "AFFIDAVIT OF STIPULATION"], and [LETTER ROGATORY], which constitute acceptance of your claim, along with request for court order and notification of ledgering of account# 03 CR 0175-504100-# AUTOTRIS- #CUSIP #336465461, to reflect that your lien on the body/property of [ANTHONY SINGLETON] is superior to the UCC Financing Statement, [UCC-1 FS 8593248 SOSIL] of the "Creditor". I have also reviewed the document [BILL OF EXCHANGE Invoice No.00008,& # ASE02151953-70022410000228902012], provided to you to discharge your bond(s), as well as evidence that the "Creditor" has redeemed the body of the fictional entity from the public, over which you may exercise the powers of seizure, thereby breaking the presumption that the non ficitional entity agreed willingly and knowingly to serve as surety on behalf of the fictional entity. You have the opportunity to cure the mistaken wrongful seizure, by releasing the lien over the body/property of [ANTHONY SINGLETON], or by delivering the evidence requested, showing the superiority of your lien and/or the stipulation wherein the "Creditor" subordinated his lien, in order that the current bond holder not be construed as having deliberately chosen to restrain property which has been properly redeemed, as your failure to inform them of the resulting involuntary servitude may be found in Title 18 USC section 4.

   In the event of a dishonor through non-acceptance being unintentional, or because of reasonable neglect or impossibility, you are hereby, herewith this Notice requested to forward your responses to me, the undersigned Notary, in addition to delivering response to the Maker of the attached documents, [PUBLIC NOTICE AND SURETY BOND, "AFFIDAVIT OF STIPULATION"], and [LETTER ROGATORY]. I shall retain copies of the attached documents, and will forward any

subsequent responses unto Anthony Singleton-El, in order that he may proceed to the remedies available under Uniform Commercial Code 3-505, 3-510 and 3-910, applicable both nationally and internationally. A non-response to the attached documents shall be deemed that you have stipulated that the accounts of the "Debtor", [ANTHONY SINGLETON 336465461], are completely settled and permanently closed, and nothing contrary shall be found in any public record, whether a public order issues closing the account or not. The failure of any public servant to provide the "Creditor" with evidence of unsatisfied terms and conditions, mandates the correction of the records you shall have stipulated to. Any effective response is required within the Regulation Z requirements, upon receipt of this Notice. The Dishonor, officially determined by me, constitutes an administrative and commercial notarial protest judgement against the UNITED STATES OF AMERICA, and is complete for failure to state a claim upon which relief may be granted, upon ministerial ratification by any other judge. The [LETTER ROGATORY] and this NOTICE, [OPPORTUNITY TO CURE], is an official proceeding. I am authorized by law to do this. You may want to consult legal counsel, since the liability shifts to you individually, because refusing to honor a superior lien is prohibited by law. Thank you for your prompt attention to this matter.

Sincerely,

Dated 12/13/2005

Ann Milton, NOTARY PUBLIC

Attachments;
[PUBLIC NOTICE AND SURETY BOND, "AFFIDAVIT OF STIPULATION"]
[LETTER ROGATORY dated October 11th, 2005]

A COPY OF YOUR RESPONSE TO THIS NOTICE AND THE ATTACHMENTS REQUIRES SAID RESPONSES TO ALSO BE FORWARDED TO THE NOTARY LISTED HEREUNDER

Ann Milton, Notary Public
7325 So. East End Ave.
Chicago, Illinois  60649

"OFFICIAL SEAL"
Ann Milton
Notary Public, State of Illinois
My Commission Exp. 05/16/2007



| | | | | |
|---|---|---|---|---|
| Name | MILTON, ANN | | | |
| Address | 7325 S EAST END AVE | | | |
| City | CHICAGO | | | |
| State | IL | | Zip | 60649 |
| Employer | | | | |
| Access | 485744 | | | |
| Current Commission | 05-16-2003 | Transaction Number | 16520 | |
| Original Commission | 04-08-1999 | Last Issued | | 05-16-2003 |
| Term | 4 | | | |
| County | COOK | | Previous Key | 485744 |
| Surety | MERCHANTS BONDING CO (MUTUAL) | | | |
| Bond# | 42915 | Renewal Print Date | 01-31-2003 | |
| | | HISTORY | | |
| Commission | | First Surety | | |
| 04-08-1999 | | AMERICAN INS CO | | |