District Court of the United States
for the
District of Columbia

| | | |
|---|---|---|
| Anthony Singleton-El, | ) | |
| | ) | Case No. 1:07-cv-00791 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Henry H. Kennedy, Judge |
| ADMINISTRATIVE OFFICE OF UNITED STATES COURTS, | ) | |
| | ) | Civil Complaint Pursuant to |
| | ) | Title 5 USC §552a (g) |
| Defendant, | ) | TRO/PI |
| | ) | |

### CERTIFICATE OF SERVICE

Anthony Singleton-El, hereby certify that the **SUMMONS** in the above captioned cause of action, and a true copy of the **CIVIL COMPLAINT** pursuant to Title 5 USC §552a(g), with attached exhibits (a) through (j), and **MOTION FOR TEMPORARY RESTRAINING ORDER and PRELIMINARY INJUNCTION**, have been caused to be delivered to;

> UNITED STATES ATTORNEY'S OFFICE
> 501 3rd Street N.W.
> Washington, District of Columbia  20001

Via United States Postal Service Certified delivery, Item Number# **7005 3110 0003 8813 4244**, on this ___ day of May, 2007.

_____
Anthony Singleton-El, Plaintiff

c/o  ANTHONY SINGLETON #94408-024
     FCI Ashland
     P.O. Box 6001
     Ashland, Kentucky  41105-6001

District Court of the United States
for the
District of Columbia

| | |
|---|---|
| Anthony Singleton-El, ) | |
| ) | Case No. 1:07-cv-00791 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Henry H. Kennedy, Judge |
| ADMINISTRATIVE OFFICE OF UNITED ) | |
| STATES COURTS, ) | Civil Complaint Pursuant to |
| ) | Title 5 USC §552a (g) |
| Defendant, ) | TRO/PI |
| ) | |

## CERTIFICATE OF SERVICE

Anthony Singleton-El, hereby certify that the **SUMMONS** in the above captioned cause of action, and a true copy of the **CIVIL COMPLAINT** pursuant to Title 5 USC §552a(g), with attached exhibits (a) through (j), and **MOTION FOR TEMPORARY RESTRAINING ORDER and PRELIMINARY INJUNCTION**, have been caused to be delivered to;

> UNITED STATES ATTORNEY GENERAL
> U.S. DEPARTMENT OF JUSTICE
> 950 Pennsylvania Avenue NW
> Washington, District of Columbia   20530

Via United States Postal Service Certified delivery, Item Number# 7005 3110 0003 8813 4521_____, on this /0/ day of May, 2007.

_____
Anthony Singleton-El, Plaintiff

c/o   ANTHONY SINGLETON #94408-024
      FCI Ashland
      P.O. Box 6001
      Ashland, Kentucky   41105-6001

District Court of the United States
for the
District of Columbia

| | |
|---|---|
| Anthony Singleton-El, ) | |
| ) | Case No. 1:07-cv-00791 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Henry H. Kennedy, Judge |
| ADMINISTRATIVE OFFICE OF UNITED ) | |
| STATES COURTS, ) | Civil Complaint Pursuant to |
| ) | Title 5 USC §552a (g) |
| Defendant, ) | TRO/PI |
| ) | |

## CERTIFICATE OF SERVICE

Anthony Singleton-El, hereby certify that the **SUMMONS** in the above captioned cause of action, and a true copy of the **CIVIL COMPLAINT** pursuant to Title 5 USC §552a(g), with attached exhibits (a) through (j), and **MOTION FOR TEMPORARY RESTRAINING ORDER and PRELIMINARY INJUNCTION**, have been caused to be delivered to;

> ADMINISTRATIVE OFFICE OF UNITED STATES COURTS
> One Columbus Circle N.E.
> Washington, District of Columbia, 20544

Via United States Postal Service Certified delivery, Item Number# **7005 3110 0003 8813 4220**, on this ___ day of May, 2007.

_____
Anthony Singleton-El, Plaintiff

c/o  ANTHONY SINGLETON #94408-024
     FCI Ashland
     P.O. Box 6001
     Ashland, Kentucky  41105-6001