District Court of the United States
for the
District of Columbia

Anthony Singleton-El,        )
                            )    **Case No.** 1:07-cv-00791
            **Plaintiff,** )
                            )
      **vs.**                )    Henry H. Kennedy, Judge
                            )
**ADMINISTRATIVE OFFICE OF**  )
**UNITED STATES COURTS**     )    **Supplemental Jurisdictional**
                            )    **Statement Pursuant to Rule 15**
           **Defendant,** )    **of FRCP**

---

### JURISDICTIONAL STATEMENT

   Comes now, Anthony Singleton-El, Sui juris Plaintiff, real party

in interest, and invokes the Courts jurisdiction under Title 28 USC

§1333 (1), utilizing the "saving to suitors" clause to provide for

the common law remedy, as Plaintiffs appearance is in personam, without

prejudice to any rights, remedies, or defenses which Plaintiff may

have pursuant any applicable statutes and or law of the forum, none

of which shall be regarded as waived, but rather specifically reserved.


   This supplemental jurisdictional statement pleading special matters

pursuant to Rule 9 (h) of FRCP, is required for the Court to determine

the rights of the Plaintiff, identifying the foregoing subject in

accord with the principles of Rule 15 (a) and (c)(2).


                                      Respectfully submitted,

Date  05/22/2007

                                   Anthony Singleton-El, Plaintiff,
                                   real party in interest, Sui juris

District Court of the United States
for the
District of Columbia


Anthony Singleton-El,            )
                                 )    Case No. 1:07-cv-00791
                  Plaintiff,     )
                                 )
        vs.                      )    Henry H. Kennedy,  Judge
                                 )
ADMINISTRATIVE OFFICE OF UNITED  )    Supplemental Jurisdictional
STATES COURTS,                   )    Statement Pursuant to Rule 15
                                 )    of FRCP
                  Defendant,     )

---

### CERTIFICATE OF SERVICE


        I Anthony Singleton-El, hereby certify that a true, correct

copy of the foregoing **SUPPLEMENTAL JURISDICTIONAL STATEMENT**, have

caused to be delivered to the following;

**UNITED STATES ATTORNEY'S OFFICE**
**5806 Judiciary Center Bldg**
**555 4th Street NW**
**Washington, D.C.  2001**

**ADMINISTRATIVE OFFICE OF U.S. COURTS**
**One Columbus Circle N.E.**
**Washington, D.C.  20544**

**U.S ATTORNEY GENERAL**
**U.S. DEPARTMENT OF JUSTICE**
**950 Pennsylvania Avenue NW**
**Washington, D.C.  20530**

via United States Postal Service first class mail with correct

postage attached onto, on this 22nd day of May, 2007.

                                    Anthony Singleton-El, Plaintiff

District Court of the United States
for the
District of Columbia

Anthony Singleton-El,                )
                                     )    Case No. 1:07-cv-00791
                      Plaintiff,     )
                                     )
          vs.                        )    Henry H. Kennedy, Judge
                                     )
ADMINISTRATIVE OFFICE OF             )
UNITED STATES COURTS                 )    Supplemental Jurisdictional
                                     )    Statement Pursuant to Rule 15
                      Defendant,     )    of FRCP

---

### CERTIFICATE OF FILING

I Anthony Singleton-El, Plaintiff, does certify that the foregoing **SUPPLEMENTAL JURISDICTIONAL STATEMENT**, has been caused to be filed in the district court of the United States for the District of Columbia, by forwarding said document to the Court via certified United States Postal Service, invoice No.# **7005311000388134497**, on this 22nd day of May, 2007.

Anthony Singleton-El, Sui juris Plaintiff