UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY SINGLETON-EL,** )<br>)<br>Plaintiff, )<br>v. )  Civil Action No. 07-0791 (HHK)<br>)<br>**ADMINISTRATIVE OFFICE OF UNITED STATES** )<br>**COURTS,** )<br>)<br>Defendant. )<br>) | |

NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Sherease Louis, Special Assistant United States Attorney, as counsel of record for the Federal Defendant in the above-captioned case.

Respectfully submitted,

  /s Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
555 Fourth St., N.W.,
Washington, D.C.  20530
(202) 307-0895

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY SINGLETON-EL,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 07-0791 (HHK) |
| ) | |
| **ADMINISTRATIVE OFFICE OF UNITED STATES COURTS,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

### CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing Notice of Appearance was made by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

ANTHONY SINGLETON-EL
#94408-024
F.C.I. - Ashland
P.O.Box 6001
Ashland, KY 41105
*pro se*

on this 6th day of June, 2007.

                                                /s Sherease Louis
                                                SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.,
Washington, D.C. 20530