## District Court of the United States
### for the
### District of Columbia

| | |
|---|---|
| Anthony Singleton-El, | ) |
| Plaintiff, | ) Cause No.# 1:07 cv-00791 |
| Real Party in Interest | ) in admiralty |
| vs. | ) Judge Henry H. Kennedy |
| ADMINISTRATIVE OFFICE OF UNITED STATES COURTS, | ) NOTICE OF REFUSAL |
| Defendant, | ) |

## NOTICE OF REFUSAL

Comes now, Anthony Singleton-El, Plaintiff, and hereby provides the Defendant through this notice, refusal of Defendant's offer to litigate Plaintiff's claim for relief before a Magistrate Judge, and states the following;

1) Plaintiff has asserted a claim supported by maritime documents requiring an Article III judicial determination.

2) Plaintiff has exhausted his administrative remedies and has judgment in estoppel against the Defendant, as there exists no facts in controversy and all issues are stare decisis.

3) Plaintiff has no other adequate remedy and is entitled to judicial relief in accord with the law.

RECEIVED

JUN 1 5 2007

NANCY MAYER WHITTING, CLERK
U.S. DISTRICT COURT

WHEREFORE, Plaintiff, Anthony Singleton-El, real party in interest, refuses Defendant's offer to resolve Plaintiff's claim for relief before a Magistrate Judge, without prejudice to any rights, remedies, or defenses Plaintiff may have both statutorial or procedural.

Respectfully submitted,

Date:  June 12, 2007

Anthony Singleton-El, Plaintiff,
Real Party in Interest


ANTHONY SINGLETON
Register# 94408-024
FCI Ashland
P.O. Box 6001
Ashland, Kentucky  41105



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

June 6, 2007

VIA FIRST-CLASS MAIL

ANTHONY SINGLETON-EL #94408-024
F.C.I. - Ashland
P.O. Box 6001
Ashland, KY 41105

> Re:     **Singleton-El v. Administrative Office of the United States Courts,**
>         **Civil No.: 07-0791 (HHK)**

Dear Mr. Singleton-El,

Pursuant to the provisions of 28 U.S.C. § 636(c)(3), the parties may elect to proceed, for all purposes, before a Magistrate Judge. The advantages of electing to proceed before a Magistrate Judge are described in the attached "Notice of Right to Consent to Trial Before United States Magistrate Judge." I have signed the Consent form agreeing to proceed in front of the Magistrate Judge in this matter.

Please review the enclosed election form, entitled "Consent to Proceed Before a United States Magistrate" and, if you so elect, please sign the form and return it to me in the enclosed postage-prepaid envelope. I will file the Consent form with the Court.

Sincerely,
JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By:

Sherease Louis
Special Assistant United States Attorney

Enclosures

## District Court of the United States
## for the
## District of Columbia

|                                          |   |                               |
|------------------------------------------|---|-------------------------------|
| Anthony Singleton-El,                    | ) |                               |
|                                          | ) |                               |
| Plaintiff,                               | ) |                               |
| Real Party in Interest                   | ) | Civil Action No. 1:07 cv-00791|
|                                          | ) |                               |
| vs.                                      | ) | in admiralty                  |
|                                          | ) |                               |
| ADMINISTRATIVE OFFICE OF UNITED          | ) |                               |
| STATES COURTS                            | ) |                               |
| Defendant,                               | ) |                               |
|                                          | ) |                               |

## CERTIFICATE OF SERVICE

I Anthony Singleton-El, hereby certify that I have caused to be delivered to the counsel for the Defendant, Special Assistant United States Attorney, Sherease Louis, a true, correct copy of Plaintiff's **NOTICE OF REFUSAL** to proceed before a Magistrate Judge, via United States Postal service, first class postage prepaid addressed to:

Sherease Louis
United States Attorney Office
Judiciary Center
555 4th Street, N.W.
Washington, D.C.  20001

on this 12th day of June, 2007

_____
Anthony Singleton-El, Plaintiff

c/o
ANTHONY SINGLETON #94408-024
FCI Ashland
P.O. Box 6001
Ashland, Kentucky  41105-6001