**RECEIVED**

**district court of the United States**
**for the**
**District of Columbia**

JUL  5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Anthony Singleton-El,<br>     **Plaintiff,**<br>Real Party in Interest<br><br>  **vs.**<br><br>ADMINISTRATIVE OFFICE OF UNITED<br>STATES COURTS,<br>     **Defendant,** | Case No.# 07 CV-0791<br><br>in admiralty<br><br>Judge Henry H. Kennedy |

### PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Comes Now, Plaintiff, Anthony Singleton-El, Sui juris, Real Party in Interest, without prejudice to any rights, remedies, defenses, statutorial or procedural, pursuant any applicable statutes and or law of the forum, none of which shall be regarded as waived, but rather specifically reserved, and moves the Court for Summary Judgment pursuant to FRCP Rule 56.(a), and states the following;

1.) Rule 56.(a) provides for "A party seeking to recover upon a claim, counterclaim, or cross-claim or to obtain a declaratory judgment may, at any time after the expiration of (20) days from the commencement of the action or after service of a motion for summary judgment by the adverse party, move with or without supporting affidavits for a summary judgment in the party's favor upon all or any part thereof."

(1)

2.) Defendant has filed, "MOTION TO DISMISS COMPLAINT WITH PREJUDICE", which tenders for consideration materials outside of pleadings, making summary judgment procedure effective in defining the consequences associated with Defendant's response to complaint.

3.) Plaintiff's cause of action, is the federal agency [ADMINISTRATIVE OFFICE OF UNITED STATES COURTS], hereinafter "AOUSC", willful and intentional violations of the Privacy Act, Title 5 USC §552a (d)(2)(A), and (B), (see affidavits, Exhibit (h),(j),(m)) to which the Court has taken mandatory judicial notice. Defendant has failed to controvert not one of the essential elements of Plaintiff's cause of action, or the administrative determinations.

4.) Defendant has put before this Court documents alleging to be "material" for purposes of claim to dismiss action, yet all such material does not have the effect of establishing or refuting one essential element of the cause of action. Which is, did Defendant violate the statutory provisions of Title 5 USC §552a (d)(2)(A), and (B). Unsupported contentions of material fact which are predicated upon supposition and theories supplied by third parties based on fourth party's beliefs, on issues which have no bearing on the cause of action, is a procedural nullity, and have no bearing on the commercial record of the administrative determinations to which Plaintiff has come before this Court.

(2)

5.) Defendant has failed to establish an affirmative defense, and in effort to establish one, Defendant has resorted to commiting fraud upon the Court, claiming Plaintiff's cause of action involves the Federal Tort Claims Act, to which this Court is in receipt of judicial notice of, pursant to FRCP Rule 9(b), and justly requires that Defendant's entire claims of defense be dismissed, denied, and civil and criminal sanctions imposed upon counsel representing the Defendant, for practicing fraud in attempt to obtain judgment and impair justice.

6.) Plaintiff has judgment in estoppel against Defendant, obtained as direct result of the official determinations of the commercial record of the administrative proceedings, precluding Defendant from relitigating the issues before this Court concerning any issues Defendant might be able to claim in defense of the official findings, as indicated within, i.e., CERTIFICATE OF DISHONOR/ CERTIFICATE OF PROTEST, and CERTIFICATE OF NON-RESPONSE/DEFAULT, establishing the stipulations said agency through it agents and officials have already consented.  Eliminating the need for this Court to make any determinations other than ascertain whether Defendant received proper notice and due process with respect to the official administrative determinations, and the just amount of damages to be awarded Plaintiff.

(3)

WHEREFORE, Plaintiff moves this Court to issue summary judgment in favor of the Plaintiff, as the official determinations of the commercial record of administrative proceedings have not been refuted or controverted, including the extent of the amount of damages and other relief requested by Plaintiff in the complaint. Defendant has not in good faith established any grounds for an affirmative defense, and in an attempt, in "bad faith", has had to resort to commiting fraud upon the Court, translating into a failure to state a claim. The record shows that the Defendant has entered nothing by testimony, affidavit, or deposition in opposition to the official determinations of the administrative proceedings, or explanation for the willful and intentional violations of Title 5 USC 552a (d)(2)(A) and (B), justly requiring this Court to grant summary judgment in favor of Plaintiff, with Order for the, [ADMINISTRATIVE OFFICE OF UNITED STATES COURTS] to amend the record of accounts# **99 CR 0679 NDIL, 03 CR 0175 NDIL,** to reflect the full settlement and closure of all accounts bearing public liabilities of [ANTHONY SINGLETON autotris# 336465461, cusip #336465461, EIN#336465461, #94408-024]; with statement of account forwarded to Anthony Singleton-El, reflecting the discharge; with notice to all receipient agencies including but not limited to, the Department of Justice/Federal Bureau of Prisons, U.S. Marshals Service, U.S. Department of Treasury/Surety Bond Branch, of the discharge; and Order to file release(s) of all liens(s)/ levy(ies) and notice(s) of lien(s)/ levy(ies) as is appropiate to reflect the correction of the subject records; and award for actual damages in excess of Four Million U.S. Dollars. $4,000,000.00, as relative for loss of liberty.

(4)

Prepared and respectfully submitted without prejudice by:

Anthony Singleton-El, Plaintiff, Sui juris
Real Party in Interest
Authorized Representative of [ANTHONY SINGLETON]


Anthony Singleton-El
c/o ANTHONY SINGLETON
Register# 94408-024
P.O. Box 6001
Ashland, Kentucky
near [41105]


## CERTIFICATE OF SERVICE


I, Anthony Singleton-El, certify that on July 2, 2007, I mailed a true and correct copy of the above foregoing motion to:


Ms. Sherease Louis
Special Assistant United States Attorney
United States Attorney's Office
555 4th Street, NW
Washington, District of Columbia, 20530

```
County of Boyd      )
                    )ss        Certified # 70050390000668292773
State of Kentucky)
```

## CERTIFICATE OF FILING

**PLEASE TAKE NOTICE,** the undersigned has caused to be filed documents;

[ACTUAL AND CONSTRUCTIVE NOTICE OF CAPACITY] Pursuant to FRCP Rule 9(b)
[ACTUAL AND CONSTRUCTIVE NOTICE OF FRAUD    ] Pursuant to FRCP Rule 9(b)
[MANDATORY JUDICIAL NOTICE OF ADJUDICATIVE FACTS] FRE Rule 201(d)
[MOTION FOR SUMMARY JUDGMENT] Pursuant to FRCP Rule 56(a)
[EXHIBITS (k),(l),(m),(n),(o),(p),(q),(r),(s),(t),(u),(v),(w),(x)]

by mailing said documents via United States Postal Service Certified

Mail Item# 70050390000668292773, return receipt requested, to the

district court of the United States, for the District of Columbia,

333 Constitution Avenue, N.W., Washington, D.C. 20001, on this 2nd day

of July, in the year 2007, with request for stamped FILED copies of the

filings regarding Cause No.# 1:07 CV-00791 returned to;

```
                    Anthony Singleton-El
                    c/o ANTHONY SINGLETON #94408-024
                    P.O. Box 6001
                    Ashland, Kentucky, near [41105]
```

Anthony Singleton-El,

   The undersigned Notary Public in and for the county and state as

identified above, did witness the individual, Anthony Singleton-El,

autograph

                          . on this 2nd day of July, 2007,

witness my hand and official seal.

_____            ____3-15-09____
Notary Public                       Commission Expires

district court of the United States
for the
District of Columbia

Anthony Singleton-El,                    )
                                         )
                            Plaintiff,   )     Case No.# 1:07 CV-00791
Real Party in Interest                   )
                                         )     in admiralty
                 vs.                     )
                                         )
ADMINISTRATIVE OFFICE OF UNITED          )     Judge Henry H. Kennedy
STATES COURTS                            )
                                         )
                            Defendant,   )
                                         )

### CERTIFICATE OF SERVICE

I, Anthony Singleton-El, hereby certify that I have caused to be delivered to the counsel for the Defendant, Special Assistant United States Attorney, Sherease Louis, a true, correct copy of Plaintiff's filings; [ **ACTUAL AND CONSTRUCTIVE NOTICE OF CAPACITY**], [**ACTUAL AND CONSTRUCTIVE NOTICE OF FRAUD**], [**MANDATORY JUDICIAL NOTICE OF ADJUDCATIVE FACTS**] with associated exhibits (k),(l),(m),(n),(o), (p),(q),(r),(s),(t),(u),(v),(w),(x), and [**MOTION FOR SUMMARY JUDGMENT**], via United States Postal Service, first class pre-paid postage envelope addressed to:

Ms. Sherease Louis
Special Assistant U.S. Attorney
United States Attorney's Office
555 4th Street N.W.
Washington, D.C.  20530

on this 2nd day of July, 2007,

c/o
ANTHONY SINGLETON #94408-024
P.O. Box 6001
Ashland, Kentucky
near [41105]

Anthony Singleton-El, Plaintiff

District Court of the United States
for the
District of Columbia

**RECEIVED**

JUL 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Anthony Singleton-El,      ) <br>      ) <br> **Plaintiff,** ) <br> Real Party in Interest   ) <br>      ) <br> vs.     ) <br>      ) <br> ADMINISTRATIVE OFFICE OF UNITED ) <br> STATES COURTS,   ) <br>      ) <br> **Defendant,** ) <br>      ) | Case No.# 07 CV 0791 <br><br> in admiralty <br><br><br> Judge Henry H. Kennedy |

**MANDATORY JUDICIAL NOTICE OF ADJUDICATED FACTS**
**PURSUANT TO FEDERAL RULES OF EVIDENCE RULE 201 (d)**

Comes Now, Anthony Singleton-El, Plaintiff, Sui juris, real party

in interest, without prejudice to any rights, remedies, or defenses

Plaintiff may have pursuant any statutes or law of the forum, none

of which shall be regarded as waived, but rather specifically reserved,

and respectfully moves the Court to take mandatory judicial notice of

adjudicated facts, which affirmatively establish the lawful status

of the party Plaintiff, the grounds for the complaint, and the material

facts and evidences to which there is no genuine issue.  As Plaintiff

being competent to testify to the authenticity of the evidences hereof,

do solemnly swear under penalty of the laws of the United States, that

all such evidences are true, correct, and certain.

(1)

## MANDATORY JUDICIAL NOTICE OF ADJUDICATED FACTS

Plaintiff submits the following documents regarding the commercial record and official determinations of the administrative proceedings re: [AOUSC Accounts# **99 CR 0679 NDIL, 03 CR 0175 NDIL**], and moves this Court to take mandatory judicial notice of adjudicated facts, pursuant to Federal Rules of Evidence Rule 201(a)(d) regarding below;

1. Request for correction of records of account **03 CR 0175 NDIL**, to Michael W. Dobbins, dba, Clerk of the Court, MICHAEL W. DOBBINS, see Exhibit (h) filed 4/30/2007

2. Registered Agreement re: Full Settlement of public liability **03 CR 0175 NDIL** and return of penal bonds, see Exhibit (f) filed 04/30/2007

3. UCC Financing Statement and associated Security Agreement, see Exhibit (b) filed 04/30/2007

4. Affidavit of Corporate Non-Existence, see Exhibit (a) filed 04/30/2007

5. Certificate of Dishonor/Certificate of Protest, see Exhibit (g) filed 04/30/2007

6. Notice of Protest and Opportunity to Cure, attached hereto as Exhibit (k)

7. Opportunity to Cure, attached hereto as Exhibit (l)

8. Request for correction of record of accounts **99 CR 0679 NDIL, 03 CR 0175 NDIL**, and or hearing with [AOUSC] see Exhibit (j) filed 04/30/2007

9. Certificate of Non-Response, attached hereto as Exhibit (m)

(2)

10. Notice of Use of Credit authorized by U.S. Secretary of the Treasury, Henry M. Paulson, re: Surety Bond #021553, tendered to district court of the United States for the District of Columbia on 04/30/2007, attached hereto as Exhibit (n)

11. Confirmation of authorization re: Surety Bond #021553, i.e. registered communication with U.S. Secretary of the Treasury, Henry M. Paulson, hereto as Exhibit (o)

12. Certificate of Service re: Confirmation of authorization of Surety Bond #021553, attached hereto as Exhibit (p)

13. Copy of Surety Bond #021553 tendered to the district court of the United States for the District of Columbia in accord with FRCP Rule 65(a)(b), and Supp. Rules of Admiralty Rule E(5)(b) re: 07 cv-0791 on 04/30/2007, attached hereto as Exhibit (q)

14. Copy of Letter of Undertaking tendered to the district court of the United States for the District of Columbia in accord with Supp. Rules of Admiralty Rule E(5)(b), re: 07 cv-0791 on 04/30/2007, attached hereto as Exhibit (r)

15. Registered Copyright Notice, attached hereto as Exhibit (s)

16. Copy of Public Notice: Request for Notarial Settlement, attached hereto as Exhibit (t)

17. Affidavit of Stipulation re: [AOUSC] account# 03 CR 0175, attached hereto as Exhibit(u)

18. Letter Rogatory re: [AOUSC] account# 03 CR 0175, Exhibit (v)

19. Affidavit for Full Settlement re: [AOUSC] account# 03 CR 0175, attached hereto as Exhibit (w)

20. U.S. Treasury Dept. Agreement, attached hereto as Exhibit (x)

(3)

WHEREFORE, I Anthony Singleton-El, Plaintiff, moves this Court to take mandatory judicial notice of adjudicated facts, identified within the content of the twenty (20) foregoing Exhibits, all of which are part of and associated with the commercial record of the administrative proceedings regarding the discharge and correction of record of accounts **99 CR 0679 NDIL**, and **03 CR 0175 NDIL**, all of which support the grounds for the Title 5 USC §552a complaint, the lawful status of the party Plaintiff, and the material facts and evidences which have given rise to the stipulations for which this claim for Article III Judicial relief are required.

Respectfully submitted

Date  1/2/2007

Anthony Singleton-El, Plaintiff
Sui juris, Real Party in Interest,
Authorized Representative of
ANTHONY SINGLETON

Anthony Singleton-El
c/o ANTHONY SINGLETON
Register# 94408-024
P.O. Box 6001
Ashland, Kentucky

RECEIVED

JUL 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



district court of the United States
for the
District of Columbia

Anthony Singleton-El,       )
                          )
               Plaintiff,)    Case No. 07 CV-0791
Real Party in Interest   )
                          )    in admiralty
       vs.            )
                          )    Judge Henry H. Kennedy
ADMINISTRATIVE OFFICE OF UNITED)
STATES COURTS           )
                          )
           Defendant )
                          )

## ACTUAL AND CONSTRUCTIVE NOTICE OF CAPACITY PURSUANT TO FRCP RULE 9(a)

Comes Now, Anthony Singleton-El, Plaintiff Sui juris, real party in interest, without prejudice to any rights, remedies, or defenses Plaintiff may have pursuant any statutes or law of the forum, none of which shall be regarded as waived, but rather specifically reserved, moves the court to take actual and constructive notice of capacity in accord with the principles of Federal Rules of Procedure Rule 9(a), and states the following;

1. Anthony Singleton-El, **IS NOT** a fiction at law, legal fiction, legally created person, legally created entity, corporation, trust or artificial entity of any kind, and is not a res of any public trust created by any governmental corporate entity, and is not a citizen under the terms of the 14th amendment to the UNITED STATES OF AMERICA;

(1)

2. That the Plaintiff has caused to be filed with the Court pleading, [SUPPLEMENTAL JURISDICTIONAL STATEMENT], invoking the priviledge given by the Savings-to-Suitors Clause under Title 28 USC §1333, to proceed in personam, as Anthony Singleton-El takes exception to, and **DOES NOT** consent to, and **IS NOT** subject to **"in rem"** proceedings or actions in administrative commercial courts of governmental corporate entities.

3. That subscribing to the services of this forum is done **indebitatus non assumpsit** and without recourse, by law of necessity, and **DOES NOT** validate the presumption that Anthony Singleton-El's capacity is that of an legal fiction;

4. That Anthony Singleton-El, is **WITHOUT** full disclosure of any contracts or agreements that Anthony Singleton-El would may have been construed as entering by filing a claim within this forum, and invalidates any presumption which would assume Anthony Singleton-El has agreed to engage or be bound by the compelled performances under private statutes, rules, regulations, codes, procedures, bylaws, resolutions, ordinances and so forth, in accord with UCC 1-207 without prejudice;

5. That Anthony Singleton-El takes exception to the conversion of his natural god given name to that of **ANTHONY SINGLETON-EL**, for the purpose of transfering Plaintiff's substantive, inherent rights, to operating in the capacity of a legal fiction;

6. That Anthony Singleton-El takes exception to the Court creating documents identifying the Plaintiff, Anthony Singleton-El, as a legal fiction **ANTHONY SINGLETON-EL**, and has been done without my consent, and in no way establishes the presumption of consent;

7. That all Court documents and records which identfy the Plaintiff as a legal fiction, legally created person, legally created entity, corporation or trust of any kind constitute fraud, as there was no full disclosure that entering claim into said forum, that Plaintiff would be signing as a representative or surety for a legal fiction for the purpose of artificial corporate government entities to regulate any phase of Plaintiff's life;

8. That the federally assigned zip code, if used, is **WITHOUT** Plaintiff's permission and will in no way establish the presumption that Plaintiff is located in a federal zone, or accepts a legal fiction designation, or accepts being represented as a legal fiction.  The use of such a number is done expressly at the decision of the sender and Plaintiff accepts no responsibility, obligation, or encumbrance for sender's use of such number;

Any response to this Notice to, repudiate, or refute is required to invlidate Plaintiff's Exhibits (a),(b), and (s), within (72) hours from receipt by the Court.  Silence, lack of response, or non-reponsive answer will establish the veracity of declarations made in this notice, and will be taken as affirmation without dispute, no further attempts by the Court or other interested parties to convert the private copyrighted name, Anthony Singleton-El, into that of a legal entity, and shall establish the declarations made in this Notice as fact and law, as I Anthony Singleton-El has seen no document, statement of law, or otherwise which invalidates the Exhibits (a),(b),and (s), and believes none exist.

(3)

WHEREFORE, Anthony Singleton-El, without prejudice of any rights, moves the Court to take Actual and Constructive Notice of capacity of Plaintiff, and request that the Court order any and all interested parties to refrain from the unlawful conversion of the $^\theta$ name for any purpose whatsoever, and Notice said parties to this action that said cause is an action proceeding **In Personam** and to proceed in all future and further presentations to the Court appropiately.

Respectfully submitted,

Date 1/2/2007

Anthony Singleton-El, Plaintiff
Real Party in Interest, Sui juris

Anthony Singleton-El
c/o ANTHONY SINGLETON
Register# 94408-024
P.O. Box 6001
Ashland, Kentucky  41105

(4)

County of Boyd      )
                    )ss.
State of Kentucky)

## OATH OF AFFIRMATION

I, Anthony Singleton-El, being of competent mind, and lawful age,
do solemly swear upon penalty of perjury, having firsthand knowledge
of the foregoing document [ ACTUAL AND CONSTRUCTIVE NOTICE OF CAPACITY]
is entirely true, correct, complete, and not misleading.

_____
Anthony Singleton-El,

## ATTESTATION

The undersigned Notary Public, in and for the county and state
identified above, attests the individual Anthony Singleton-El,
did autograph

_____ , on this 2nd day of _July_____ , in the year 2007.
Witness my hand and official seal;

_____         _____
Notary Public                      Commission Expires
                                      3-15-09

district court of the United States
for the
District of Columbia

# RECEIVED

JUL 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| Anthony Singleton-El, | ) | Case No. 07 CV-0791 |
| Plaintiff, | ) | |
| Real Party in Interest | ) | |
| | ) | in admiralty |
| vs. | ) | |
| | ) | |
| ADMINISTRATIVE OFFICE OF UNITED | ) | Judge Henry H. Kennedy |
| STATES COURTS, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |

### ACTUAL AND CONSTRUCTIVE NOTICE OF FRAUD
### PURSUANT TO FRCP RULE 9(b)
### COMPLAINT

Comes now, Anthony Singleton-El, Sui juris Plaintiff, real party in interest, without prejudice to any rights, remedies, or defenses which Plaintiff may have pursuant any applicable statutes and or law of the forum, none of which shall be regarded as waived, but rather specifically reserved, and respectfully notices the court of knowingly intentional acts of fraud upon the Court by counsel for the Defendant, i.e., Jefferey Taylor, D.C. Bar#498610, dba, United States Attorney, Rudolph Contreras, D.C. Bar# 434122, dba, Assistant U.S. Attorney, and Sherease Louis, dba, Special Assistant United States Attorney, and states the following particularities in accord with the principles of Federal Rules of Civil Procedure Rule 9(b);

(1)

1.) Plaintiff has filed a civil action in admiralty naming the ADMINISTRATIVE OFFICE OF U.S. COURTS, as Defendant for violations of Title 5 USC 552a (d)(2)(A), and (B), and Anthony Singleton-El, as Plaintiff, invoking the saving-to-suitor's clause to proceed **In Personam**, (see Supplemental Jurisdictional Statement 05/29/2007)  Said complaint contained Letter of Undertaking and Surety Bond# 021553, in accord with Supp. Rules of Admiralty, Maritime Claims **E.** (5)(b), and FRCP Rule 65 (c) to which the Court docket makes no indication such commercial instruments were tendered to the Court in exchange for the relief promised in the reading of the aforementioned statutes the bond was tendered.

2.) That all Court entries indicate Plaintiff has either contracted or consented to **In Rem** proceedings by the identifying Plaintiff as **ANTHONY SINGLETON-EL**, a legal fiction, artificial entity, for the purpose of presumption Plaintiff has agreed to be bound by the compelled performances under the private statutes of the corporate administrative tribunal of the UNITED STATES DISTRICT COURT, for the purposes of transfering Plaintiff's substantive, inherent god given rights, to operating in the capacity of a legal fiction.

3.) Plaintiff has neither agreed, consented, nor contracted with full disclosure to operate within the public as an artificial legal entity for the purpose of undermining Plaintiff's private rights for the benefit of the corporate commercial government.

(2)

4. That Plaintiff has been refused by the Office of Clerk, to forward
   stamped filed copies of the court pleadings submitted by Plaintiff,
   after receiving adequate copies attached to the originals with
   self addressed return envelopes and written requests to return,
   leaving Plaintiff unable to have evidence of filings for proof
   necessary to reference Plaintiff's action.  Plaintiff also states
   that Court orders are being forwarded to Plaintiff (14) days after
   the Court issues such orders. Plaintiff avers said conduct in this
   instance is contrary to the general policy required to afford one
   with due process, and further avers inconsistencies and refusals
   to comply is influenced by the fact the personnel responsible for
   the maintenance and forwarding of the record are responsive to the
   Defendant, i.e. [ADMINISTRATIVE OFFICE OF UNITED STATES COURTS],
   and that the non-compliance is a component of fraud.


5. That as direct result of the errors, omissions, and deficiencies
   in the court record regarding Cause No.# 07 CV-0791, counsel for
   the Defendant has filed into the case documents known by counsel
   to contain fraudulent contentions, non-factual contentions, and
   documents proclaiming to be relative to the official determinations
   of the commercial record of the administrative proceedings regarding
   the discharge and correction of records with respect to record of
   accounts **99 CR 0679 NDIL, 03 CR 0175 NDIL**, in violation of FRCP
   Rule 11(b)(1),(2),(3),(4), Rule 12(f), and Federal Rules of Evidence
   Rule 104(b), and Rule 403.

(3)

6.)  That contained within one of said documents is document entitled
[MEMORANDUM IN SUPPORT OF DEFENDANTS" MOTION TO DISMISS COMPLAINT
WITH PREJUDICE OR ALTERNATIVELY, TRANSFER TO THE NORTHERN DISTRICT
OF ILLINOIS AND OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY
RESTRAINING ORDER AND PRELIMINARY INJUNCTION]. Defendant's counsel
testifys; "Plaintiff, a pro se federal prisoner housed in Ashland,
Kentucky, is challenging two orders of restitution. The orders
of restitution are for $12,994.69 and $168,044.11 and arise,
respectfully from two federal convictions in the Northern District
of Illinois, 99 CR 0679 and 03 CR 0175." Plaintiff avers there is
no evidence as part of the commercial record or the complaint filed,
which substantiates the above averment, and further avers statement
was concocted by counsel for the Defendant for the specific purpose
to fraud this Court into a decision that limits the relief owed to
Plaintiff, and runs contrary to the law and the facts of this case
and justice.

7.)  That also contained within the aforementioned document, are a litany
of fraudulent contentions that Plaintiff should be barred from the
enforcement of the administrative determinations, by proclaiming
throughout the document, that Cause No.# 07 CV-0791 was brought
before this Court under the Federal Tort Claims Act, further stating
the Plaintiff's Constitutional Claims (See Def. Brief section D.
at page 10, and section E. at page 11) are barred by Sovereign
Immunity, and Venue is improper in the District of Columbia.

(4)

Plaintiff avers there is no evidence which are part of the record regarding the discharge and correction of record of accounts **99 CR 0679 NDIL, 03 CR 0175,** which confirms the above averment by counsel for the Defendant, that 07 CV 0791 is brought before this Court under the Federal Tort Claims Act. Plaintiff avers claim 07 CV 0791 is an action brought under Title 5 USC §552a exclusively, and further avers said averments by counsel for the Defendant was concocted by said counsel, to fraud this Court into a decision which runs contrary to the law and the facts of this case and justice.

8.)   Plaintiff has procured private administrative judgment in estoppel, and has petitioned the Artcle III Court of the united states for impartial judicial determination and order for enforcement of the administrative judgment. Plaintiff has neither consented to, assented to, or contracted to, with full disclosure, to relitigate the official determinations of the private administrative proceedings in the public administrative commercial courts as a **"res"** of any public trust.  This complaint pursuant to FRCP Rule 9(b) is in no way to be construed as a responsive pleading to any document filed into this court by Defendant, and that any act or presumption relied upon in contradiction to the above constitutes fraud.

(5)

## REMEDY SOUGHT

Plaintiff requests, without prejudice to any rights remedies or defenses Plaintiff may have procedurally or stautorially, the lawful opportunity to obtain enforcement on the legal obligation owed to Plaintiff for the damages caused upon Plaintiff by the agency i.e., ADMINISTRATIVE OFFICE OF UNITED STATES COURTS, hereinafter [AOUSC], for such willful and intentional violations of the Privacy Act. Plaintiff has been met with enumerative violations of public policy and the law, to prevent the adjustment and correction of records of accounts# 99 CR 0679 NDIL, and 03 CR 0175 NDIL, maintained by [AOUSC], and now the judicial review of the administrative judgment concerning the same.  Moreover, through direct result of intentional acts of fraud by counsel for the Defendant, and other unidentified officers of [AOUSC] responsible for the errors, omissions, refusals, and other defeciencies in the court records, Plaintiff's lawful efforts have been jeopardized.  Plaintiff respectfully states, that absent the impartial authority of the Article III Court to guarantee justice, Plaintiff's lawful efforts to correct the mis-application of public policy is doomed.  Plaintiff has been robbed, trespassed, harrassed, humiliated, and unlawfully deprived of liberty, through the sinister influence of corporate commercial government which operates through its agents, officers, and fiduciaries.  Plaintiff has identified within this complaint specific acts of fraud with particularity, and wherfore Plaintiff, moves the Court to correct all court records which create the presumption that Plaintiff has relinquished natural

(6)

rights, to become a legal fiction, subject to government regulatory schemes, wherein private rights and human rights are compromised by agencies such as [AOUSC], with impunity.  Further, Plaintiff respectfully moves the Court to call to forum, counsels for Defendant, to bring forth the evidence proving said averments made as factual assertions, have a factual basis, with complete refutation to the evidence provided from the commercial record of the administrative proceedings, disproving said acts complained of are not intentional acts of fraud.  As Plaintiff avers, that all such material presented to this Court by counsel for the Defendant, have no factual basis, and are intended to sabotage justice, and undermine through fraud, the legal obligations owed to Plaintiff.  Wherefore Plaintiff moves the Court **"Without Dishonor"**, to strike each and every document entered into the record, by counsel for the Defendant, until such time said counsel can vitiate the veracity of this complaint, filed in accord with Pleading Special Matters, pursuant to FRCP Rule 9(b), and for violations of FRCP Rule 11(b)(1),(2),(3),(4), and any other relief the Court deems just and proper.

Respectfully submitted,

Date: 7/2/2007

Anthony Singleton-El, Plaintiff,
Sui juris, Real Party in Interest

Anthony Singleton-El
c/o ANTHONY SINGLETON
P.O. Box 6001
Ashland, Kentucky
near [41105]

County of Boyd    )
                 )ss.
State of Kentucky)

### OATH OF AFFIRMATION

I, Anthony Singleton-El, being of competent mind, and lawful age, do solemly swear upon penalty of perjury, having firsthand knowledge of the foregoing document [ ACTUAL AND CONSTRUCTIVE NOTICE OF FRAUD], is entirely true, correct, complete, and not misleading.

_____
Anthony Singleton-El,

### ATTESTATION

The undersigned Notary Public, in and for the county and state identified above, attests the individual Anthony Singleton-El, did autograph this document in my presence

on this 3rd day of ___July___, in the year 2007. Witness my hand and official seal;

_____            ___3.15-09___
Notary Public                              Commission Expires

## EXHIBIT LIST

Exhibit (k)   NOTICE OF PROTEST/ OPPORTUNITY TO CURE

Exhibit (l)   OPPORTUNITY TO CURE AFFIDAVIT

Exhibit (m)   CERTIFICATE OF NON-RESPONSE

Exhibit (n)   NOTICE OF USE OF CREDIT

Exhibit (o)   CONFIRMATION OF AUTHORIZATION

Exhibit (p)   CERTIFICATE OF SERVICE

Exhibit (q)   SURETY BOND

Exhibit (r)   LETTER OF UNDERTAKING

Exhibit (s)   COPYRIGHT NOTICE

Exhibit (t)   REQUEST FOR NOTARIAL SETTLEMENT

Exhibit (u)   AFFIDAVIT OF STIPULATION

Exhibit (v)   LETTER ROGATORY

Exhibit (w)   AFFIDAVIT FOR FULL SETTLEMENT AND CLOSURE OF ACCOUNT

Exhibit (x)   U.S. TREASURY DEPARTMENT AGREEMENT

**EXHIBIT ( k )**

**EXHIBIT ( k )**

County of Cook      )
                    )ss
State of Illinois)


MICHAEL W. DOBBINS, dba, U.S. DISTRICT COURT CLERK
DAVID H. COAR, dba, U.S. DISTRICT COURT JUDGE
RIICK D. YOUNG, dba, ASSISTANT U.S. ATTORNEY
PATRICK J. FITZGERALD, dba, U.S. ATTORNEY
c/o Everett McKinley Dirksen Bldg.
219 South Dearborn Street
Chicago, Illinois  60604

Re: 03 CR 0175

**FILED**

DEC 3 0 2005   NF
DEC 30 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTICE OF PROTEST
AND
OPPORTUNITY TO CURE


Dear Recipients,

On December /3+/, 2005, the undersigned sent to you NOTICE, [OPPORTUNITY
TO CURE], regarding correction of records to reflect discharge of your
claim, i.e. complete settlement and closure of the above referenced
account through Acceptance, as outlined within the maritime presentments,
LETTER ROGATORY, PUBLIC NOTICE AND SURETY BOND, and AFFIDAVIT FOR
COMPLETE SETTLEMENT AND CLOSURE OF ACCOUNT/RETURN OF FUNDS, all of
which required a point by point rebuttal/response in defiance, sworn
truth upon your commercial liability.  You failed to accept or perform
after  receiving the presentment [OPPORTUNITY TO CURE] from me.

You must be deemed in default, as having stipulated to the terms of
the Public Notices, and Letter Rogatory presentments indicating the
offer for you to provide proof that your lien is superior, or evidence
Anthony Singleton-El, subordinated his superior lien, for the holding
of the property so liened, ergo, the body of ANTHONY SINGLETON, and
associated accounts, through your dishonor.  You have the opportunity
to cure this default and perform according to said terms of the present-
ments in a timely manner.  Should you fail to perform, or elect to
remain silent, I will issue a Certficate of Dishonor/Certificate of
Protest, in accordance with the provisions of the Uniform Commercial
Code UCC 3-505, and prepare to testify, as necessary, that you have
stipulated to the terms and conditions so indicated within the Public
Notices and Letter Rogatory, which is that the lien of Anthony Singleton
-El, is superior to yours, and there exists no grounds for the detention
of the property belonging to the primary lien holder to be held by the
secondary lien holder without the exclusive permission of the superior
lien holder, and that no such permission has been granted to the public
entity UNITED STATES, via RICK D. YOUNG, et alia.

Therefore you are required to correct the records and release the liens, or produce the evidence so required within (72 hours), as in accord with Regulation Z of the Truth and Lending Act. The Under-signed shall record this affidavit and attach to the maritime present-ments already on file, for enabling the parties to consider the same and take the proper actions for ensuring that all further proceedings be in accord with the wishes and desires of the honorable parties.

Thank you for your prompt attention to this matter.

Sincerely,

_Ann Milton_

Ann Milton, Notary Public

Dated 12/29/05

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Ann Milton, Notary Public
7325 So. East End Ave.
Chicago, Illinois    60649

"OFFICIAL SEAL"
Ann Milton
Notary Public, State of Illinois
My Commission Exp. 05/16/2007

Subscribed and sworn to before me

this ___ day of ____ 20__
at Chicago, County of Cook, State of Illinois

Notary Public

"OFFICIAL SEAL"
SYLVIA A. ALLEN
Notary Public, State of Illinois
My Commission Expires Oct. 24, 2007

**EXHIBIT ( 1 )**

**EXHIBIT ( 1 )**

Cqunnty of Cook  )
                 )ss
State of Illinois)

**** NOTICE ****

OPPORTUNITY TO CURE

Doc#:  0532912117 Fee: $104.50
Eugene "Gene" Moore
Cook County Recorder of Deeds
Date: 11/25/2005 04:18 PM  Pg:  1 of 41

I, Ann Milton, Notary Public, have reviewed the attached
documents, [PUBLIC NOTICE AND SURETY BOND, "AFFIDAVIT OF
STIPULATION"], and [LETTER ROGATORY], which constitute accept-
ance of your claim, along with request for court order and
notification of ledgering of account# 03 CR 0175-504100-#
AUTOTRIS- #CUSIP #336465461, to reflect that your lien on the
body/property of [ANTHONY SINGLETON] is superior to the UCC
Financing Statement, [UCC-1 FS 8593248 SOSIL] of the "Creditor".
I have also reviewed the document [BILL OF EXCHANGE Invoice No.00008,&
# ASE02151953-70022410000228902012], provided to you to discharge
your bond(s), as well as evidence that the "Creditor" has redeemed
the body of the fictional entity from the public, over which you
may exercise the powers of seizure, thereby breaking the presump-
tion that the non ficitional entity agreed willingly and knowingly
to serve as surety on behalf of the fictional entity.  You have
the opportunity to cure the mistaken wrongful seizure, by releasing
the lien over the body/property of [ANTHONY SINGLETON], or by
delivering the evidence requested, showing the superiority of your
lien and/or the stipulation wherein the "Creditor" subordinated
his lien, in order that the current bond holder not be construed
as having deliberately chosen to restrain property which has been
properly redeemed, as your failure to inform them of the resulting
involuntary servitude may be found in Title 18 USC section 4.

In the event of a dishonor through non-acceptance being uninten-
tional, or because of reasonable neglect or impossibility, you
are hereby, herewith this Notice requested to forward your responses
to me, the undersigned Notary, in addition to delivering response
to the Maker of the attached documents, [PUBLIC NOTICE AND SURETY
BOND, "AFFIDAVIT OF STIPULATION"], and [LETTER ROGATORY].  I shall
retain copies of the attached documents, and will forward any

subsequent responses unto Anthony Singleton-El, in order that he may proceed to the remedies available under Uniform Commercial Code 3-505, 3-510 and 3-910, applicable both nationally and internationally.  A non-response to the attached documents shall be deemed that you have stipulated that the accounts of the "Debtor", [ANTHONY SINGLETON 336465461], are completely settled and permanently closed, and nothing contrary shall be found in any public record, whether a public order issues closing the account or not. The failure of any public servant to provide the "Creditor" with evidence of unsatisfied terms and conditions, mandates the correction of the records you shall have stipulated to.  Any effective response is required within the Regulation Z requirements, upon receipt of this Notice.  The Dishonor, officially determined by me, constitutes an administrative and commercial notarial protest judgement against the UNITED STATES OF AMERICA, and is complete for failure to state a claim upon which relief may be granted, upon ministerial ratification by any other judge.  The [LETTER ROGATORY] and this NOTICE, [OPPORTUNITY TO CURE], is an official proceeding.  I am authorized by law to do this.  You may want to consult legal counsel, since the liability shifts to you individually, because refusing to honor a superior lien is prohibited by law.  Thank you for your prompt attention to this matter.

Sincerely,

Dated 12/13/2005

Ann Milton, NOTARY PUBLIC

Attachments;
[PUBLIC NOTICE AND SURETY BOND, "AFFIDAVIT OF STIPULATION"]
[LETTER ROGATORY dated October 11th, 2005 ]

A COPY OF YOUR RESPONSE TO THIS NOTICE AND THE ATTACHMENTS REQUIRES SAID RESPONSES TO ALSO BE FORWARDED TO THE NOTARY LISTED HEREUNDER

Ann Milton, Notary Public
7325 So. East End Ave.
Chicago, Illinois   60649

"OFFICIAL SEAL"
Ann Milton
Notary Public, State of Illinois
My Commission Exp. 05/16/2007

EXHIBIT L



| Name | MILTON, ANN | | |
| Address | 7325 S EAST END AVE | | |
| City | CHICAGO | | |
| State | IL | Zip | 60649 |
| Employer | | | |
| Access | 485744 | | |
| Current Commission | 05-16-2003 | Transaction Number | 16520 |
| Original Commission | 04-08-1999 | Last Issued | 05-16-2003 |
| Term | 4 | | |
| County | COOK | Previous Key | 485744 |
| Surety | MERCHANTS BONDING CO (MUTUAL) | | |
| Bond# | 42915 | Renewal Print Date | 01-31-2003 |

HISTORY

| Commission | | First Surety | AMERICAN INS CO |
| 04-08-1999 | | | |

**EXHIBIT ( m )**

**EXHIBIT ( m )**

County of Cook      )
                    )ss
State of Illinois)


### CERTIFICATE OF NON-RESPONSE/
### CERTIFICATE OF DEFAULT


On March 1, 2007, the private party Anthony Singleton-El, caused
to be delivered Confidential Commercial Information to the agency
[ADMINISTRATIVE OFFICE OF U.S. COURTS] through its agent/General
Counsel, William R. Burchill, Jr., via U.S. Postal Service certified
postal item# **70050390000668292742**, bearing request for administrative
litigation concerning the agency's dissemination of inaccurate records
with respect to; U.S. District Court NDIL accounts# **99 CR 0679**, and
**03 CR 0175**, pursuant to Title 5 USC 552a. Said presentment sought to
amend the inaccurate records and or cure the misapplications of the
policies which enforce the collection of the public debts associated
therewith, or alternatively provide the private party through this
public official evidence which would substantiate the denial of the
request.


To date, I have not received a response as requested and that the
failure to provide the evidence so requested is deemed certificate
of acknowledgement of the agency's [ADMINISTRATIVE OFFICE OF U.S.
COURTS] maintenance and dissemination of inaccurate records regarding
accounts# **99 CR 0679 NDIL**, and **03 CR 0175 NDIL**.  Such failure to
respond per agreement of the parties, established the agency's
election to stipulate to the following statements of the administrative
inquiry, which are; (a) the [ADMINISTRATIVE OFFICE OF U.S. COURTS]
does not hold registered title to the claim U.S. District Court
Cause# **03 CR-00175**, (b) that Anthony Singleton-El is the registered
principal of the claim U.S. District Court Cause# **03 CR-00175**, (c)
that Anthony Singleton-El is the registered principal of the U.S.
Treasury pre-paid exemption account# **336465461**, (d) that the agent

of the [ADMINISTRATIVE OFFICE OF U.S. COURTS] MICHAEL W. DOBBINS, was appointed temporary fiduciary of the trust [ANTHONY SINGLETON] and assigned commercial discharge instruments funded by the United States Treasury, (e) that the commercial discharge instruments were approved by the Secretary of the United States Treasury to completely settle and discharge the public liabilities of [ANTHONY SINGLETON] associated with account# **03 CR 00175 NDIL**, (f) that a commercial discharge instrument was issued to the U.S. Department of the Treasury to completely settle the public liability of [ANTHONY SINGLETON] associated with account# **99 CR 0679 NDIL**, (g) that the commercial discharge instrument was approved by the Secretary of the United States Treasury to completely settle and discharge the public liability of [ANTHONY SINGLETON] associated with account# **99 CR 0679 NDIL**, (h) that the ADMINISTRATIVE OFFICE OF U.S. COURTS] is not in possession of Notice of Dishonor or refusal on the discharge instuments tendered to settle the complete public liability of [ANTHONY SINGLETON] regarding accounts# **99 CR 0679 NDIL**, and **03 CR 0175 NDIL.**

THEREFORE, the undersigned declares, that I have issued this maritime **CERTIFICATE OF NON-RESPONSE/CERTIFICATE OF DEFAULT**, as testament to the agency's [ADMINISTRATIVE OFFICE OF U.S. COURTS] non-response and certification of the stipulations identified herein, and shall testify the same, as third party witness, should any questions arise to the validity of the non-response, and the certification of the stipulations contained within this official document.

Dated this 15th day of April, 2007.

Ann Milton, Notary Public                    My Commission Expires: 05/16/07

"OFFICIAL SEAL"
Ann Milton
Notary Public, State of Illinois
My Commission Exp. 05/16/2007

**EXHIBIT ( n )**

**EXHIBIT ( n )**

**ANTHONY SINGLETON, HALL**
18901 LORAS LANE
COUNTRY CLUB HILLS, IL   60478

Henry M. Paulson, Trustee
U.S. Dept. of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

Re: **Anthony Singleton-El vs. ADMINISTRATIVE OFFICE OF U.S. COURTS**

### NOTICE OF USE OF CREDIT
### [70053110000388134015]

Mr. Paulson:

I have authorized the district court of the United States of the District of Columbia, Clerk of the Court, to use my priority pre-paid exemption # **336465461**, as surety on bond for Preliminary Injunction and Temporary Restraining Order, by adjustment and offset through the Undersigned's private UCC Contract Trust Account, in accord with House Joint Resolution 192 of June 5, 1933.

**CREDIT TO THE ORDER OF:**

District Court of the United States
District of Columbia
333 Constitution Avenue NW
Washington, D.C., 20001-2804

**AMOUNT:**

$ UNLIMITED

**DEBTOR:**

ANTHONY SINGLETON, HALL   SSN# 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

**SET-OFF ACCOUNT NO.**

#70022410000228902012-336465461

Please use my UCC Contract Trust Account for the adjustment of fees required with this authorization, and command the memory of Account # **336465461** to do the same according to the order of the court.

Date: _April 17, 2007_

by Anthony Singleton-El, Creditor of
ANTHONY SINGLETON, EIN# 336465461

**ANTHONY SINGLETON**
18901  LORAS LANE
COUNTRY CLUB HILLS, IL 60478

April 17, 2007

#7005110000388134015

To:

Henry M. Paulson, Trustee
U.S. Dept. of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C  20220

Re: **Anthony Singleton-El  vs. ADMINISTRATIVE OFFICE OF U.S. COURTS**

Mr. Paulson:

As per the accompanying [**NOTICE OF USE OF CREDIT**], I have assigned
the district court of the United States of the District of Columbia
**SURETY BOND# 021553**, with instructions to utilize the Pre-Paid asset
i.e., (Exemption)#**336465461** as surety on the issuing bond by adjustment
and offset through the Undersigned's private UCC Contract Trust Account,
[**70022410000228902012-336465461**], pursuant to HJR 192 of June 5, 1933.

If you have objection to this authorization, please notify the Court
and the undersigned at the location indicated above of the rejection
of this authorization within 72 hours from reciept of this notice,
with notice in detail of the subsequent dishonor.  In the absence of
a notice of dishonor forwarded to the Court and the Undersigned, shall
constitute authorization and your statement of approval of the forego-
ing commercial transaction.

Very truly yours,

by Anthony Singleton-El, Creditor,
Authorized Representative of
[ANTHONY SINGLETON, HALL]
SSN# 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

**EXHIBIT ( o )**

**EXHIBIT ( o )**

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Henry M. Paulson, Jr.
Secretary of the Treasury
U.S. DEPT. of the TREASURY
1500 Pennsylvania Ave. NW
Washington, D.C. 20220

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X *M. Middleton*    ☐ Agent
                    ☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery

APR 2 3 2007

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? ( *Extra Fee* )    ☐ Yes

2. Article Number
   (Transfer from service label)    7005 3110 0003 8813 4015

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**ANTHONY SINGLETON**
18901  LORAS LANE
COUNTRY CLUB HILLS, IL 60478

April 17, 2007

#7005110000388134015

To:

Henry M. Paulson, Trustee
U.S. Dept. of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C 20220

Re: Anthony Singleton-El  vs. ADMINISTRATIVE OFFICE OF U.S. COURTS

Mr. Paulson:

As per the accompanying [**NOTICE OF USE OF CREDIT**], I have assigned
the district court of the United States of the District of Columbia
**SURETY BOND# 021553**, with instructions to utilize the Pre-Paid asset
i.e., (Exemption)#**336465461** as surety on the issuing bond by adjustment
and offset through the Undersigned's private UCC Contract Trust Account,
[**70022410000228902012-336465461**], pursuant to HJR 192 of June 5, 1933.

If you have objection to this authorization, please notify the Court
and the undersigned at the location indicated above of the rejection
of this authorization within 72 hours from reciept of this notice,
with notice in detail of the subsequent dishonor.  In the absence of
a notice of dishonor forwarded to the Court and the Undersigned, shall
constitute authorization and your statement of approval of the forego-
ing commercial transaction.

Very truly yours,

by Anthony Singleton-El, Creditor,
Authorized Representative of
[ANTHONY SINGLETON, HALL]
SSN# 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

**EXHIBIT ( p )**

**EXHIBIT ( p )**

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Henry M. Paulson, Jr.
Secretary of the Treasury
U.S. DEPT. of the TREASURY
1500 Pennsylvania Ave. NW
Washington, D.C. 20220

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____     ☐ Agent
                        ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
APR 2 3 2007

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☒ Certified Mail       ☐ Express Mail
   ☐ Registered           ☒ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number
(Transfer from service label)     7005 3110 0003 8813 4015

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**EXHIBIT ( q )**

**EXHIBIT ( q )**

District Court of the United States
for the
District of Columbia

Anthony Singleton-El,           )
                                )    Case No. _____
                    Plaintiff,  )
                                )
          vs.                   )    BOND# 021553
                                )
ADMINISTRATIVE OFFICE OF        )    Re: TEMPORARY RESTRAINING ORDER
UNITED STATES COURTS            )                  and
                                )         PRELIMINARY INJUNCTION
                    Defendant,  )      Pursuant To Rule 65(c) FRCP
                                )
_____

### SURETY BOND

I Anthony Singleton-El, Plaintiff, hereby underwrites and bonds
the request for Temporary Restraining Order and Preliminary Injunction,
pursuant to the provisions of Rule 65(c) FRCP, and assigns this Bond
# 021553  in the amount of $____(any amount)_____ , amount to be
inserted as appropiate by the Court.  The intent of this Bond is to
insure sufficiency of surety and shall be ledgered by the Clerk of
the Court as an asset as best suits the needs necessary to fulfill
Plaintiffs request for Temporary Restraining Order and Preliminary
Injunction.


The Clerk of this Court is hereby authorized to use the Pre-Paid
Exemption No.#336465461 through the trustee of the constructive trust
established on or about June 5, 1933, pursuant to HJR 192, as
compensation for the withdrawal of the people's money of exchange
from circulation in the several states.

Said Pre-Paid Exemption is registered with the Secretary of the United States Treasury, Henry M. Paulson, Jr., trustee, as UCC Contract Trust Account# ___70022410000228902012___ , who is being notified of this authorization with request for his approval, or in the alternative, his written rejection mailed to the Clerk of the district court of the United States for the District of Columbia with a copy sent to Plaintiff indicating the dishonor.  Otherwise, the Courts authorization to effectuate said surety is evidenced by the attached Certified [**NOTICE OF USE OF CREDIT**] Registration No.  # ___70053110000388134015___  .

This bond is provided in good faith and commences from the date indicated below, as I Anthony Singleton-El, do pledge upon my unlimited commercial liability, payment of the total amount of this bond as determined by the above Court in consideration for the relief promised in the reading of Rule 65 (a), and (b), in accord with the commercial provisions indicated herein.

Date: _April 18,2007_

Anthony Singleton-El, Creditor,
Underwriter and Surety

Witness my hand and official seal    Date: _4/18/07_

Mamie E. Robinson, Notary Public

**EXHIBIT  ( r )**

**EXHIBIT    ( r )**

Anthony Singleton-El
c/o 18901 Loras Lane
Country Club Hills, Illinois
united states of America
[near 60478]

Re: Anthony Singleton-El vs. ADMINISTRATIVE OFFICE OF U.S. COURTS

## LETTER OF UNDERTAKING

Dear Officer of the Court,

I Anthony Singleton-El, Principal of the U.S. Treasury Pre-Paid Account #336465461, do hereby undertake to cause to be paid, any amount $ __(any amount)__ USD, from the withdrawal of the peoples' money of exchange from circulation in the several states, as security provision required for Temporary Restraining Order and Preliminary Injunction against the Defendant in the matter of, district court of the United States for the District of Columbia; [Anthony Singleton-El, vs. ADMINISTRATIVE OFFICE OF U.S. COURTS].

The amount of this undertaking as set forth above shall be determined by the Officer's of the Court in an amount sufficient in the eyes of the Court with request to insert the operative amount onto the associated Bond **021553** , so as to prevent impairment of the Court's jurisdiction and to assure enforcement of subsequent orders be in accord with Rule 65(c) Federal Rules of Civil Procedure.

In the event of final decree, judgment or award be entered in favor of the Defendant, the undersigned agrees to pay and satisfy all costs and damages to the Defendant, and agree to surrender any property released to the undersigned under Order of the Court, to recompense Defendant for costs and damages incurred as result of injunction.

In the event the bond referred to in paragraph (2) is filed, the undersigned shall have no further obligation under this letter, which shall thereafter become null and void.

This letter is written to be binding upon Anthony Singleton-El
as underwriter and surety in this civil claim for relief, and is
written entirely without prejudice to any rights, remedies, or
defenses which the undersigned may have pursuant to any applicable
statutes and or law of the forum, none of which shall be regarded
as waived, but rather are specifically reserved.


Very truly yours,



_Anthony Singleton-El_, Creditor
Underwriter and Surety


I Anthony Singleton-El, do solemnly swear, each and every statement
contained within this document is entirely true, correct, certain,
complete, and not misleading under penalty of law.



County of Boyd    )
                  )ss
State of Kentucky)


Before me, Mamie E. Robinson, a Notary Public in and for the county
and state indentified above, appeared Anthony Singleton-El, and
did autograph this document in my presence as testament to the
truthfulness of the commitment contained herein, on this __18__
day of April, 2007.


_Mamie E. Robinson_, Notary Public          __January 22, 2008__
                                            Commission expires

**EXHIBIT ( s )**

**EXHIBIT ( s )**

Doc#: 0623445122 Fee: $40.50
Eugene "Gene" Moore
Cook County Recorder of Deeds
Date: 08/22/2006 03:22 PM Pg: 1 of 9

County of Cook    )
                  )
State of Illinois )

## Copyright Notice

**Copyright Notice:** All rights reserved re common-law copyright of trade-name/trade-mark, ANTHONY SINGLETON HALL ©, ANTHONY HALL ©, ANTHONY SINGLETON ©, ANTHONY S. HALL © - as well as any and all derivatives and variations in the spelling of said trade-name/trade-mark-Common Law Copyright  © 1953 by Anthony Singleton-EL ©. Said common-law trade-name/trade-mark, ANTHONY SINGLETON HALL ©, ANTHONY HALL ©, ANTHONY SINGLETON ©, ANTHONY S. HALL ©, may neither be used, nor reproduced, neither in whole or in part, in any manner whatsoever, without the prior, express, written consent and acknowledgement of Anthony Singleton-EL ©, subscribed with the red ink signature of Anthony Singleton-EL ©, herein after "Secured Party." **With the intent of being contractually bound**, any juristic person, as well as the agent of said juristic person, consents and agrees by this Copyright Notice that neither said juristic person, nor the agent of said juristic person, shall display, nor otherwise use in any manner, the common-law trade-name/trade-mark, ANTHONY SINGLETON HALL ©, ANTHONY HALL ©, ANTHONY SINGLETON ©, ANTHONY S. HALL ©, nor the common-law copyright described herein, nor

any derivative of, nor any variation in the spelling of, ANTHONY
SINGLETON, HALL ©, ANTHONY HALL ©, ANTHONY SINGLETON ©, ANTHONY
S. HALL © without the prior, express, written consent and
acknowledgement of Secured Party, subscribed with Secured
Party's signature in red ink. Secured Party neither grants, nor
implies, nor otherwise gives consent for any unauthorized use of
ANTHONY SINGLETON HALL ©, ANTHONY HALL ©, ANTHONY SINGLETON ©,
ANTHONY S. HALL ©, and all such unauthorized use is strictly
prohibited. Secured Party is not now, nor has Secured Party ever
been, an accommodation party, nor a surety, for the purported
debtor, i.e. "ANTHONY SINGLETON HALL", "ANTHONY HALL", "ANTHONY
SINGLETON", "ANTHONY S. HALL", nor for any derivative of, nor
for any variation in the spelling of, said name, nor for any
other juristic person, and is so indemnified and held harmless
by Debtor, i.e. "ANTHONY SINGLETON HALL", "ANTHONY HALL",
"ANTHONY SINGLETON", "ANTHONY S. HALL", as evidenced with the
**commercial security agreement** filed with the Cook County
Recorder of Deeds **[Doc# 0412139108]**, and the Secretary of State
of Illinois via UCC-1 Registration **[FS 8593248 SOSIL]** dated the
Fifteenth day of the Second Month in the Year One Thousand Nine
Hundred Fifty-three against any and all claims, legal actions,
orders, warrants, judgments, demands, liabilities, loses,
depositions, summonses, lawsuits, costs, fines, liens, levies,

penalties, damages, interests, and expenses whatsoever, both absolute and contingent, as are due and as might become due, now existing and as might hereafter arise, and as might be suffered by, imposed on, and incurred by Debtor for any and every reason, purpose, and cause whatsoever. **Self-executing Contract/Security Agreement in Event of Unauthorized Use:** By this Copyright Notice, both the juristic person and the agent of said juristic person, hereafter jointly and severally "User", consent and agree that any use of ANTHONY SINGLETON HALL ©, ANTHONY HALL ©, ANTHONY SINGLETON ©, ANTHONY S. HALL ©, other than authorized use as set forth above constitutes unauthorized use, counterfeiting, of Secured Party's common-law copyrighted property, contractually binds User, renders this Copyright Notice a Security Agreement wherein User is debtor and Anthony Singleton-EL is Secured Party, and signifies that User: **(1)** grants Secured Party a security interest in all of User's assets, land, and personal property, in the sum certain amount of $500,000.00 USD per each occurrence of use of the common-law copyrighted trade-name/trade-mark ANTHONY SINGLETON HALL ©, ANTHONY HALL ©, ANTHONY SINGLETON ©, ANTHONY S. HALL ©, as well as for each and every occurrence of use of any and all derivatives of, and variations in the spelling of, ANTHONY SINGLETON HALL ©, ANTHONY HALL ©, ANTHONY SINGLETON ©, ANTHONY

S. HALL ©, plus costs, plus triple damages; **(2)** authenticates this Secured Agreement wherein User is Debtor and Anthony Singleton-EL is Secured Party, and wherein User pledges all of User's assets, land, consumer goods, farm products, inventory, letters of credit, letter of credit rights, chattel paper, instruments, all deposit accounts, money, movable property, documents, equipment, investment property, general intangibles, and all User's rights in all such foregoing property, now and owned and hereafter acquired, now existing and hereafter arising, and wherever located, as collateral for securing User's contractual obligation in favor of the Secured Party for use of Secured Party's common-law copyrighted property absent expressed written consent; **(3)** consents and agrees with Secured Party's filing of UCC Financing Statement in the UCC filing office, as well as in the County Recorder's office, wherein User is Debtor and Anthony Singleton-EL is Secured Party; **(4)** consents and agrees that said UCC Financing Statement described above in paragraph "(3)" is a continuing financing statement, and further consents and agrees with Secured Party's filing of any continuation statement necessary for maintaining Secured Party's perfected security interest in all of User's property and rights in property, pledged as collateral in this Security Agreement and described above in paragraph "(2)", until User's contractual obligation theretofore incurred has been fully satisfied; **(5)**

consents and agrees with Secured Party's filing of any UCC
Financing Statement, as described in paragraphs "(3)" and "(4)",
as well as the filing of any Security Agreement, as described
above in paragraph "(2)" in the UCC filing office, as well as in
any county recorder's office; **(6)** consents and agrees that any
and all such filings described in paragraph "(4)" and "(5)"
above are not, and may not be considered, bogus, and that User
can not controvert or dispute such filings, or make claim that
any such filing is bogus; **(7)** waives all defenses; and **(8)**
appoints Secured Party as Authorized Representative for User,
effective upon User's default regarding User's contractual
obligations in favor of Secured Party as set forth below under
"Payment Terms" and "Default Terms", granting Secured Party full
authorization and power for engaging in any and all actions on
behalf of User including, but not limited by, authentication of
a record on behalf of User, as Secured Party, in Secured Party's
sole discretion, deems appropriate, and User further consents
and agrees that this appointment of Secured Party as Authorized
Representative for User, effective upon User's default, is
irrevocable and coupled with a security interest. **User further
consents and agrees with of the following terms of Self
executing Contract/Security Agreement in event of Unauthorized
Use: Payment Terms\*:** In accordance with fees for unauthorized
use of ANTHONY SINGLETON HALL ©, ANTHONY HALL ©, ANTHONY

SINGLETON ©, ANTHONY S. HALL © as set forth above, User hereby
consents and agrees that User shall pay Secured Party all
unauthorized-use fees in full within ten (10) days of date User
is sent Secured Party's invoice, hereinafter "Invoice",
itemizing said fees. **Default Terms;** In event of non-payment in
full of all unauthorized-use fees by User within ten (10) days
of date Invoice is sent, User shall be deemed in default and:
(a) all of User's rights in property pledged as collateral by
User, as set forth in paragraph "(2)", immediately becomes, i.e.
is, property of Secured Party; (b) Secured Party is appointed
User's Authorized Representative as set forth in paragraph
"(8)"; and (c) User consents and agrees that Secured Party may
take possession of, as well as otherwise dispose of in any
manner that Secured Party, in Secured Party's sole discretion,
deems appropriate, including, but not limited by, sale at
auction, at any time following User's default, and without
further notice, any and all of User's rights in property,
described above in paragraph "(2)", formerly pledged as
collateral by User, now property of Secured Party, in respect of
this "Self-Executing Contract/Security Agreement in Event of
Unauthorized Use", that Secured Party, again in Secured Party's
sole discretion, deems appropriate. **Terms for Curing Default;**
Upon event of default, as set forth above "Default Terms",
irrespective of any and all of User's former rights in property,

described above in paragraph "(2)", in the possession of, as well as disposed of by, Secured Party, formerly pledged as collateral that is neither in possession of, not otherwise dispose of by, Secured Party within twenty (20) days of date of User's default only by payment in full. **Terms of Strict Foreclosure;** User's non-payment in full of all unauthorized-use fees itemized in Invoice within said twenty (20) day default-curing period. Ownership subject to common-law copyright and UCC Financing Statement and Security Agreement filed with UCC filing office. **Record Owner:** Anthony Singleton-EL ©, Autograph Common Law Copyright © 1953. Unauthorized-use of the name "Anthony Singleton-EL" incurs same unauthorized use fees as those associated with ANTHONY SINGLETON HALL ©, ANTHONY HALL ©, ANTHONY SINGLETON ©, ANTHONY S. HALL ©, as set forth above in paragraph "(1)" under "Self-Executing Contract/Security Agreement in Event of Unauthorized Use".

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL.**

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT.**

This **COPYRIGHT NOTICE** is dated; the First Day of the Eighth Month in the Year Two Thousand and Six;

Trade Name/Trade Mark; ANTHONY SINGLETON HALL ©, ANTHONY SINGLETON ©, ANTHONY S. HALL ©, ANTHONY HALL ©, and any and all variations and derivations or derivatives therof;

ANTHONY SINGLETON HALL ©
Debtor's Signature

Secured Party accepts Debtor's signature in accord with UCC §§ 1-201(39) 3-401 and Accepts for Value this **COPYRIGHT NOTICE**

Secured Party's Signature

Autograph Common Law Copyright © 1953 by Anthony Singleton-El
All Rights Reserved

County of Boyd       )
                     )ss
State of Kentucky)
                          Affirmed

Affirmed before me, Mamie E. Robinson, a Notary Public, in and for the county and state identified above, on this 8 day of August, in the year 2006.

Notary Public

1/22/08
Commission Expires

**EXHIBIT ( t )**

**EXHIBIT ( t )**

County of Cook        )
                      )ss        **NOTARIAL SETTLEMENT**
State of Illinois)                  **AFFIDAVIT**

### REQUEST FOR NOTARIAL SETTLEMENT

To:
    Ms. Ann Milton, Notary Public
    7325 So. East End Avenue
    Chicago, Illinois  60649

Dear Ms. Milton,

I, Anthony Singleton-El, a private sovereign inhabitant of the Republic of Illinois, hereby request your services in settleing the commercial liability of the transmitting utility [ANTHONY SINGLETON, SSN#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], to which I have a registered security interest.  Said security interest is identified by the attached Financing Statement UCC-1 [8593248 FS SOSIL] and the associated COMMERCIAL SECURITY AGREEMENT.

The liability of the transmitting utility, hereinafter "Debtor", is a Public liabiliy referenced as Cause No.# 03 CR 0175 NDIL, to which I have Accepted For Value and Consideration in exchange for complete settlement and closure of the liability and associated accounts.
As a private sovereign, I am incapable of submitting private documents for the settlement of the public liability with the assurance they will be recognized and thus acknowledged without the assistance of your services as Public Official witnessing the proper submission of the private documents in the public forum, [UNITED STATES DISTRICT COURT, FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION].

The Financing Statement UCC-1 [8593248 FS SOSIL] and the associated COMMERCIAL SECURITY AGREEMENT, establishes the diversity between myself and the Debtor [ANTHONY SINGLETON]. The attached PUBLIC NOTICE AND SURETY BOND/AFFIDAVIT OF STIPULATION, and AFFIDAVIT FOR COMPLETE SETTLEMENT AND CLOSURE OF ACCOUNT/RETURN OF FUNDS, establishes the terms of the Acceptance and Discharge of the debt.

(1)

The INTERNATIONAL BILL OF EXCHANGE, Invoice No.# 00008, is the tender provided to settle and close the account and discharge the liability. The LETTER ROGATORY, requests that the officials operating for the benefit of the Public, provide a ledgering of the account for settlement, and or evidence of the impossibility of settlement, by providing evidence to reflect that they possess a higher expressed security interest or lien on the body/property of [ANTHONY SINGLETON] that is superior to the UCC-1 Financing Statement [8593248 FS SOSIL].

The "MILLER ACT" BONDS, are provided to the officials to substitute for the current bonds, and serve as subrogation of surety, and provide for the redemption and discharge of the current bonds, and release of my private intellectual property and body being held as surety.

Should the Respondent parties fail to act to correct or establish evidence contrary to what I have stated in the Public Notices and LETTER ROGATORY, or a NOTICE OF DISHONOR from the Secretary of the Treasury, John Snow, Drawee of the INTERNATIONAL BILL OF EXCHANGE # 00008, indicating the insufficiency of the tender, in either form or substance, I request the official services you can provide under the Uniform Commercial code 3-505, 3-510, and 3-910, applicable both nationally and internationally.  Please therefore, initiate an Official Notarial Protest, in order for me to secure a settlement and provide an official witness as evidence to my Honor and Acceptance of the liability.  As such please present the attached documents to the Respondent Parties/ Public Officials, and enter said documents for public recording of my Acceptance and Honor of their presentments as Third Party Intervener, and file with the [UNITED STATES DISTRICT COURT, FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION], Cause No.# 03 CR 0175.

Please request that all such responses be made to you as the official witness to my efforts to obtain settlement and closure of the accounts, and discharge the liability pursuant to Public Policy.

(2)

Should the Respondent parties, Public Officials fail to respond, such
non-response is requested to be deemed a Dishonor to the presentments
and a stipulation that they accept the terms of the presentments,
AFFIDAVIT FOR SETTLEMENT AND CLOSURE OF THE ACCOUNT/AFFIDAVIT OF STIP-
ULATION, and that their exists no evidence contrary to the statements
affirmed within the affidavits and LETTER ROGATORY.

Upon the establishment of the dishonor to provide the information so
requested or to perform accordingly upon the discharge of the obligation,
please issue a CERTIFICATE OF DISHONOR/CERTIFICATE OF PROTEST, according
to what you have witnessed in your official capacity as Notary Public,
for my private commercial usage.

The terms and conditions which the non-response stipulates are requested
to  be certified within the CERTIFICATE OF DISHONOR/CERTIFICATE OF
PROTEST, by identifying the stipulations, which are; (A) that the lien
thats placed upon the property/body of ANTHONY SINGLETON, a fictional
entity, is a superior lien, as referenced by the UCC-1 filing [8593248
FS SOSIL] July 23,2004 (B) that the lien placed upon the property/body
of ANTHONY SINGLETON, by the UNITED STATES via RICK D. YOUNG, is inferior
to the lien of Anthony Singleton-El, (C) that Anthony Singleton-El never
willingly with full disclosure agreed to subordinate his superior lien;
(D) that the primary lien holder is entitled to all capital and interest
aquired, as all such capital and interest was aquired as a direct result
of fraud and unlawful conversion; (E) that the UCC-1 financing statement
establishes the diversity issue, that the party being held and detained
at the Federal Bureau of Prisons warehousing facility may not be attained
as surety for the fictional entity; (F) that all claims to the body/
property ANTHONY SINGLETON, AUTOtris#336465461, CUSIP#336465461, SSN#
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, and associated accounts have been settled and completely
adjusted and permanently closed with prejudice; (G) that the primary
lien holder is entitled to immediately recover the current"Miller Act
Bonds", GSA SF 273, 274, & 275, as all such Bonds have been discharged
through the primary lien holder's priority exemption; (H) and that all
funds paid in order to receive the benefit of the tax deduction of the
pre-paid account are to be returned to the Principal immediately.

(3)

I, Anthony Singleton-El, swear under penalty of perjury, that the
foregoing document **NOTARIAL SETTLEMENT** is true, correct, certain,
complete, and not misleading, so help me God....

Anthony Singleton-El,
Secured Party

Before me, appeared the party known to me as, Anthony Singleton-El,
on this __11__ day of October, 2005, and did place his signature unto
this document **NOTARIAL SETTLEMENT** as a testament to the truthfulness
of the statements contained herein.

Subscribed and sworn to before me _____,
a Notary Public for the County of Boyd, Commonwealth of Kentucky.
My Commission expires, __1/22/08__.

Anthony Singleton-El
c/o ANTHONY SINGLETON
Reg# 94408-024
P.O. Box 6001
Federal Correctional Institution
Ashland, Kentucky  41105-6001

(4)

**EXHIBIT ( u )**

**EXHIBIT ( u )**

County of Cook      )
                    )ss
State of Illinois)

Doc#: 0532912117 Fee: $104.50
Eugene "Gene" Moore
Cook County Recorder of Deeds
Date: 11/25/2005 04:18 PM Pg: 1 of 41

A SECURITY-(15 USC)
USSEC Tracer Flag
Not a Point of Law

Reg# [700425100000379378497]

PUBLIC NOTICE AND SURETY BOND
[AFFIDAVIT OF STIPULATION]

KNOW ALL MEN BY THESE PRESENTS; I, Anthony Singleton-El, Sovereign, Principal, neutral, surety, guarantor, declare that I am not a corporation, am a living being, of legal age, competent to testify, have personal knowledge of the truths and facts stated herein as being true, correct, complete, certain, and not misleading.

I, Anthony Singleton- El, of my own free will and accord, in the presence of almighty God, in good conscience, do willingly undertake to act as surety, to pledge and provide private bond, in the amount of [ $ UNLIMITED   ] lawful United States currency, and underwrite with my private exemption [ANTHONY SINGLETON, AUTOTRIS#336465461, CUSIP#336465461,EIN# 336 46 5461] in legal accordance with UCC Contract Trust Account # [8593248 FS SOSIL] by making advance payment from Debtor's Treasury Direct Account# 70022410000228902012*336465461, authorizing the funds necessary to secure and register this tax exempt priority exchange for the purpose of discharging the public liablity; UNITED STATES OF AMERICA v. ANTHONY SINGLETON, 03 CR 0175 NDIL, pursuant to and in accordance with Public Policy House Joint Resolution 192 of June 5, 1933, to discharge the associated public debt.

The intent of this bond is for the immediate release and recovery the body/property [ANTHONY SINGLETON#94408-024] and associated bonds, i.e. Bid Bonds, Performance Bonds, Payment Bonds, and Reinsurance Bonds, issue against the Trust [ANTHONY SINGLETON 336465461], under the "Miller Act", to which said property is being liened as surety As the Principal, Guarantor of the bonds, I, Anthony Singleton-El, declare, that I have never knowingly, intentionally, or deliberately (with full disclosure of the material facts and legal ramifications) transfer(ed) any property security interest to the UNITED STATES Inc., or their agencies or instrumentalities, for public use, nor have I made or executed any transfer promise, hypothecation, or assignment thereof, of any Right, Title, or interest therein, to any third person, or persons, by or under operation of 12 USC Section 95b. Thus said property have been obtained by fraud and therefore do not require the institution of suit for its recovery from those who assert dominion over the property unlawfully. As said property and rights to said property was converted absent a legitimate claim to property or proof of waiver due to res derelicta (abandonment).

PUBLIC NOTICE AND SURETY BOND
[AFFIDAVIT OF STIPULATION]

cc; John W. Snow, Secretary of the Treasury

The exercise and control over the chattel interferes with the established rights of the private party, Anthony Singleton-El, and neccessitates the immediate return of property, i.e. Performance Bonds, Reinsurance Bonds, and Payment Bonds, as the account 03 CR 0175 is a Prepaid Account, Exempt from Levy, and all prepaid interest is tax deductible to the payor.  The recipients of this Notice have caused and facilitated to be filed Form 1096 and 1098 tax returns with the IRS to obtain the prepaid exemption, absent consent, under the color of law, without authority, and without just compensation to the Princ-ipal.  The conversion of the Undersigned's intellectual property was a conscience wrongdoing with ill will and malice, and in violation of Due Process of the Law and therefore "VOID".

The life of this bond commence from the date entered below and is provided in good faith and shall serve as subrogation of surety held in custody of the UNITED STATES FEDERAL BUREAU OF PRISONS, Ashland Kentucky Credit facility, and warehoused as parcel ANTHONY SINGLETON #94408-024. The Undersigned has not agreed to the contractual terms being enforced. In fact the records reflect the Undersigned's affirm-ative defense of Confession and Avoidance, Law of Discharge, Acceptance For Value and Consideration in Return for Settlement and Discharge of the obligation.

It is the expressed intent of Anthony Singleton-El, by this bond, to extinguish the alleged obligation to the UNITED STATES in full, be it a simple contract or statute staple, as the Undersigned has appointed MICHAEL W. DOBBINS, as fiduciary to fulfill all necessary obligations of payment to the UNITED STATES, and has authorized him the use of my signature to discharge any further obligations of the Trust, which shall be underwritten with the private priority exemption of the Undersigned, as well as International Bill Of Exchange #00008.

The holder of the property held in the Trust [ANTHONY SINGLETON # 336465461], upon refusal of such tender wholly discharges any party who has a right of recourse against the party making the tender, and a non-response to this Public Notice [AFFIDAVIT OF STIPULATION] and SURETY BOND, from time of receipt under the three day grace period required under the Truth in Lending Act, Regulation Z, to respond point for point in rebuttal, UCC 1-204, the Respondent's shall be collaterally estopped from any further adverserial actions against the private party listed herein, and for good cause not limited to laws of collateral estoppel, coercion, fraud, and want of subject matter jurisdiction, the peculiar private party demands that the records be corrected, the Judgement associated with cause 03 CR 0175 be vacated, dismissed and the accounts be immediately adjusted and discharged with prejudice.  A lack of response or rebuttal under penalty of perjury means the Respondent's assents to this Public Notice and Bond, and that a fault exists, UCC 1-201(16), creating a Certificate of Acknowledgement, that said dominion over chattel was obtained through material misrepresentation, and fraud, vitiating all forms of testimony, contracts, agreements, judgements, expressed or implied, from the begining, UCC-103, and shall extinguish Respond-ents demand for payment, levies, and liens, against the res,

[ANTHONY SINGLETON#336465461], and negate all remedies for the Respondent's, and consent to the return of all capital and interest to the Principal, Anthony Singleton-El.

Therefore I, Anthony Singleton-El, provide this private bond, with the intent to extinguish in full any alledged obligation remaining, and as Principal do enter myself as security and acknowledge myself bound to pay or cause to pay all costs determined in such action, and shall underwrite with my private exemption all costs in order to obtain full closure and settlement of the account [#03 CR 0175 AUTOTRIS#, CUSIP#, 336465461, as this account is pre-paid and exempt from levy.

Dated this 3 day of November, 2005

_____
Anthony Singleton-El, agent
AUTHORIZED REPRESENTATIVE
"As Good As Aval"

Before me appeared, Anthony Singleton-El, guarantor and sworn surety on the bond so mentioned herein, did autograph this document as a testament to the truthfulness of the statements contained herin, on this 3 day of November, 2005

Subscribed and sworn to before me _____
Mamie E. Robinson, Notary Public
Boyd Co., Kentucky

My commission expires, 1/22/2008

cc; Secretary of the Treasury, John Snow

**EXHIBIT  (  v  )**

**EXHIBIT    (  v  )**

DAVID H. COAR, dba, U.S. DISTRICT COURT JUDGE
RICK D. YOUNG, dba, SPECIAL ASSISTANT U.S. ATTORNEY
PATRICK J. FITZGERALD, dba, U.S. ATTORNEY
c/o
DIRKSEN FEDERAL BUILDING
219 South Dearborn Street
Chicago, Illinois  60604

Doc#: 0532912117 Fee: $104.50
Eugene "Gene" Moore
Cook County Recorder of Deeds
Date: 11/25/2005 04:18 PM  Pg: 1 of 41

### LETTER OF ROGATORY

Re:

### FULL SETTLEMENT AND CLOSURE OF ACCOUNT# 03 CR 0175
### (SPECIAL PROCEEDING AFFIDAVIT OF SECURED PARTY)

I, Anthony Singleton-El, by special appearance, special proceeding in regard,[ANTHONY SINGLETON, 336465461], to obtain full settlement and closure of the above referenced account# 03 CR 0175, AUTOTRIST, CUSIP#, SS#336465461, as this account is PRE-PAID AND EXEMPT FROM LEVY, in accordance with Public Policy House Joint Resolution 192, of June 5th, 1933 UCC 10-104.

Attached presentments reflect ACCEPTANCE FOR VALUE of your presentment, dated March 28th, 2005, which is herewith returned in exchange for settlement of your account and return of the "Miller Act" Bonds, i.e., Form GSA SF273, SF274, SF275. You are provided through the nominated fiduciary, MICHAEL W. DOBBINS, use of my PRIORITY EXEMPTION, in the nature of specific Surety Bond under subrogation, in the uncertain sum of $ UNLIMITED , United States Currency, for the settlement of the account in accordance with the assessed value of the claim. The Secured Party does not dispute the existence of the liability nor the amount thereof, and has been dishonored by your failure to disclose the amount of the claim.

You were provided tender of payment in the form of "International Bill of Exchange" Invoice No. ASE02151953, to discharge the public liability. It has become apparent that my registered interest in the res has not been adequately protected, either by the Court's failure to process the instrument, or by some deficiency in form or substance concerning the instrument. Either of which, you had an obligation to inform me of some condition for correction and settlement of the account, and that a failure to notify the  Secured Party of such does not constitute dishonor on the part of the Principal.

The Undersigned, Secured Party Creditor, repeatedly objected to, denied consent to, and withdrew any and all fraudulently gained consent to the farcical statutory jurisdiction, or presumption of dishonor, and that any presumption otherwise is fraudulently construed via the District Court Administrator's use of force, threat, fraud, deception, and intentional misrepresentation of the facts.

The records reflect the Undersigned, in accord with the affirmative defense of Confession and Avoidance, Law of Discharge, Accepted the Charges for Value and consideration, and as such tendered payment for the settlement and closure of the account.

As Principal of the Account, I am requesting the Executive Administrator of this Court, to provide specific deficiencies contained within the Undersigned's tender of payment, and the actual assessment of the damages (obligation), and accounting for the claim, to achieve cure and release of the property referred to as [ANTHONY SINGLETON# (94408-024; or in the alternative provide a record reflecting ;

1.) That the UNITED STATES, via RICK D. YOUNG and PATRICK J. FITZGERALD, has demonstrated a higher expressed registered interest via Performance Bonds, Bid Bonds, or Reinsurance Bonds in the public venue;

2.) A record reflecting evidence that the Undersigned requested to subordinate his superior lien in order for the UNITED STATES via Assistant U.S. Attorney, RICK D. YOUNG, may enforce a secondary lien over the primary lien and that the Undersigned agreed to the subordination;

3.) A record reflecting the Undersigned intentionally dishonored the charges of the UNITED STATES via RICK D. YOUNG, upon which such dishonor the Assistant U.S. Attorney may proceed to enforce a secondary lien over the primary lien due to dishonor;

4.) A record reflecting notification to the Undersigned of any deficiencies in form or substance concerning the Undersigned's tender of payment;

5.) A record reflecting the Undersigned lacks the capacity to protect the Undersigned's security interest by tendering an offer to discharge the value of the bond(s) by using the Undersigned's private exemption;

6.) A record reflecting that if RICK D. YOUNG, rejected the Undersigned's offer to discharge discharge the value of the bond(s) via the Undersigned's priority exemption, said U.S. Attorney, RICK D. YOUNG, has not disavowed all claims to the property;

7.) A record reflecting the Undersigned rejected the requirement to be informed of payments made on behalf of the Trust in order for the UNITED STATES via RICK D. YOUNG, to receive the deduction of the pre-paid account, utilizing the Undersigned's priority exemption;

8.) A record reflecting the Undersigned authorized payments to be made on behalf of the Trust, in order for the UNITED STATES via RICK D. YOUNG to seize the deduction from the pre-paid account ;

9.) A record reflecting the Undersigned has not provided notice that said account was a pre-paid account and exempt from levy;

10.) A record reflecting the Undersigned requested RICK D. YOUNG to act as fiduciary over the registered Trust [ANTHONY SINGLETON, HALL 336465461] and underwrite the "Miller Act" Bond(s) via the Undersigned's private priority exemption;

11.) A record reflecting the Undersigned is not entitled to the funds crea-
ted via the Undersigned's private priority exemption when no consent
was given by the Undersigned to any third party to utilize the Under-
signed's private intellectual property;

12.) A record reflecting the Undersigned is qualified to represent the Trust
in the record correction/ accurate record maintenance arena;

13.) A record reflecting the Undersigned does not have the capacity for
appointing additional trustees to serve in the restricted public arena;

14.) A record reflecting that if the Clerk of the Court, MICHAEL W. DOBBINS,
maintains a relationship with the Trust, can circumvent the duty to
continue to act on the Trust's behalf, via acceptance and ignore the
condition precedent, settlement and closure of the account.

WHEREFORE, the Undersigned has not been presented any facts or evidence
that there is any authority to enforce an obligation in defiance with
the registered security interest of the Undersigned, or that RICK D.
YOUNG, has demonstrated the legal capacity to invoke the authority
of DAVID H. COAR, to order the seizure of the body/property referred to
as [ANTHONY SINGLETON# 336465461], without stipulating to his own dis-
honor, and causing for the misapplication of the colorable law. And
as such requires records reflecting the aforementioned discrepancies/
justifications;

WHEREFORE, the Undersigned, Anthony Singleton-El, Principal, Secured
Party, requests the Administrative Officers of this tribunal, to provide
the evidence so requested, or in the absence thereof, ORDER the public
record to be corrected, releasing the lien hold and arrest on the prop-
erty [ANTHONY SINGLETON# 336465461], as the Undersigned has provided
through the appointed fiduciary, MICHAEL W. DOBBINS, financial instru-
ments of tender; INTERNATIONAL BILL OF EXCHANGE" Invoice No.# 00008,
providing for the UNITED STATES to assess any and all remaining costs
or damages attributed to Cause 03 CR 0175, to be underwritten via the
Undersigned's priority exemption, and as such has ordered the government
issued bond(s) replaced with the authorized issued bond(s) of the
Principal of this account, as I Accept the charges and the bond(s) for
value and consideration in return for full settlement and closure of
the account# 03 CR 0175, AUTHORIS#, CUSIP#, DIN#336465461, as this account
is PRE-PAID and EXEMPT from LEVY.

WHEREAS, your dishonor shall be cause for the filing of claim to depose
the administrators of this account, for failure to enforce the mandatory
obligations of Public Policy, and action filed with the Public Company
Accounting Oversight Board (PCAOB), demanding the actual assessment
of the accounting, accompanied by notice to the Provost Marshal to take
action to compel performance and hold accountable the executive Admin-
istrator of this Court for defiance of Public Policy HJR 192 of June
5th 1933, UCC10-104.

Anthony Singleton-El
AUTHORIZED REPRESENTATIVE

I, Anthony Singleton-El, swear under penalty of perjury, that the foregoing document [LETTER ROGATORY], is true, correct, certain, complete, and not misleading, so help me God....

　　　　　　　　　　　　　　　　　　Anthony Singleton-El,
　　　　　　　　　　　　　　　　　　Secured Party

Before me appeared the party known to me as, Anthony Singleton-El, on this 11 day of October, 2005, and did place his signature unto this document [LETTER ROGATORY] as a testament to the truthfulness of the statements contained herein.

Subscribed and sworn to before me _____,
a Notary Public for the County of Boyd, Commonwealth of Kentucky.
My Commission expires, 1/22/08 .

Anthony Singleton-El
c/o ANTHONY SINGLETON
Reg# 94408-024
P.O. Box 6001
Federal Correctional Institution
Ashland, Kentucky  41105-6001

**EXHIBIT  (  w  )**

**EXHIBIT  (  w  )**

County of Cook      )
                    )ss
State of Illinois)

Doc#: 0532912117 Fee: $104.50
Eugene "Gene" Moore
Cook County Recorder of Deeds
Date: 11/25/2005 04:18 PM Pg: 1 of 41

## AFFIDAVIT

### FOR FULL SETTLEMENT
### AND CLOSURE OF ACCOUNT
### AND RETURN OF FUNDS

## RE: ACCCOUNT [03 CR 0175, AUTOTRIS#,CUSIP#,336465461]

I, Anthony Singleton-El, being duly sworn upon oath that the folowing statements are true, correct, complete, and not misleading, and presents this maritime document for the purpose of obtaining full Settlement and Closure of the above referenced account, and return of all capital and interest, as I depose and state as follows;

(1.   That I, Anthony Singleton -El, am the Authorized Representative of the Public Vessel, [ANTHONY SINGLETON #336465461];

(2.   That I, Anthony Singleton-El, am the Holder in Due Course, of the superior Security Agreement over the res [ANTHONY SINGLETON], as evidenced with the public registration filing with the Secretary of State of Illinois, UCC Department, [UCC-1 8593248 FS], July 23, 2004, which are attached to this document, and it is apparent that my security interest has been impaired by the existing parties to which purport to operate for the benefit of the UNITED STATES.

(3.   That I, Anthony Singleton-El, do not dispute the existence of a liability nor the amount  thereof, and as such tendered, BILL OF EXCHANGE, Invoice No#[ASE02151953-70022410000228902012], to discharge the liability,  and to date have not been informed of the deficiencies of the tender to have deemed such tender to be insufficient to settle the outstanding obligation, i.e. amount, form , or substance.  Nor have I received a copy of the written notice of dishonor from the drawee, which the court may have construed the non-performance as intentional dishonor.

(4. That if the instrument tendered [BILL OF EXCHANGE] was in some manner defective in form or substance, or that the parties received a written notice of protest or notice of dishonor from the drawee and the parties refused to notify the maker of the resulting dishonor, translates in a substantive violation of due process rights. In fact, if you have in your possession a written notice of protest or notice of dishonor on the intrument, by your refusal to send a copy of the notice to the maker, Anthony Singleton-El, so that any error of form or substance could be corrected; the contracting parties must be deemed to have accepted the liability of the debt.

(5. That if the contracting parties received my acceptance and foreign [BILL OF EXCHANGE], but refused to ledger it to the Account, then as a direct and proximate result thereof, the parties have converted said tendered offer; and by that act of conversion, the recipient's are liable to me for the face value of the instruments.

(6. That the contracting parties received [CONSTRUCTIVE AND ACTUAL NOTICE OF INTEREST AFFIDAVIT] from the Undersigned Counterclaimant, Third Party Intervenor, dated May 21, 2004, in which every element of fact, declaration, judgement, order, etc; was Accepted For Value, including intended actions with respect to the Account# 03 CR 0175, AUTOTRIS#, CUSIP#, 336465461, and by such indorsement establishes the rights being asserted; i.e.(the right to collect the full dollar value of the claim), as all of the aforementioned after such Acceptance For Value, became certificated securities, i.e. personal property of Anthony Singleton-El.

(7. That I, Anthony Singleton-El have searched the public registry of UCC filings and find no record of registration by the, UNITED STATES OF AMERICA via RICK D. YOUNG, PATRICK J. FITZGERALD, DAVID H. COAR, or by any other person or PERSON(s) who have a superior Security Agreement to that of Anthony Singleton-El, and have not been provided with evidence that one exists.

(8. That the revenue, i.e. capital and interest associated with the Bonds, (Miller Act Bonds, Standard Form, GSA273, GSA274, & GSA275) issued against the Trust, [ANTHONY SINGLETON, AUTOTRIS#336465461, CUSIP# 336465461,EIN#336465461], have been seized from the Principal, Anthony Singleton-El, under color of law and without authority;

(9. That the contracting parties have filed Form 1096 and 1098 tax returns with the IRS, billing said Trust for the tax, utilizing the Principal's, priority exemption, under color of law and without authority. As all pre-paid interest is tax deductible to the payor, said parties have confiscated the deduction, and to date have not compensated the Princ-pal, Anthony Singleton-El, for the unauthorized use of the exemption, constituting unlawful conversion of the intellectual property. Said parties were (are) knowledgeable that this account is a pre-paid account and exempt from levy, however, said parties proceeded willfully and knowingly, with malice, against the registered security interest of the Undersigned Principal;

(10. That I, Anthony Singleton-El, am not qualified to represent the Trust in settlement and closure of financial matters, and do not have access to the records concerning the Trust obligations held by the contracting parties. I also have not received notice that I do not have the autho-rity to appoint additional agents to assist with the financial matters of the Trust. Therefore I have nominated, MICHAEL W. DOBBINS, dba CLERK, OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, 219 South Dearborn Street, Chicago, Il, 60604, to act as fiduciary of the Trust in order to obtain full settlement and complete closure of the account and return of property. As fiduciary he has been instructed to use my priority exemption as Principal, to discharge the debt and Redeem the Bonds, as this account is pre-paid and priority exempt from levy. And if necessary to clear the dishonor and redeem the bonds, he is authorized to use my signature, as Principal on the private side, as the surety, reinsure and underwriter, to facilitate the redemption of the Bonds in the discharge of the debt in accord with Public Policy House Joint Resolution 192- UCC 10-104;

11. That the Undersigned is not aware of a Fiduciary's authority to refuse representation of the Trust where ther has been a previous relationship between the Fiduciary and the Trust without incurring the ramifications of dishonor for refusal to act as transfer agent for the Trust.

(12. That the Undersigned has provided the nominated Fiduciary, MICHAEL W. DOBBINS, instruments of tender, INTERNATIONAL BILL OF EXCHANGE Invoice No.#00008, "Miller Act" Replacement Bonds Form GSA SF273, SF274, and SF275, along with express permission to utilize the Undersigned's signature to provide substance via the Undersigned's priority exemption to underwrite any and all costs, fees, etc., in the settlement and discharge of the public obligation, i.e. (government issued bonds), in any manner the fiduciary deems relevant, in order to resolve the inadvertent dishonor being construed by the court.

(13. That it is the expressed intent of this Affidavit to establish the facts concerning the resolution, full settlement, complete closure of all associated accounts, and return of funds seized under color of law and without authority. As such this document requires the following;

           DAVID H. COAR, dba, U.S. DISTRICT COURT, JUDGE
           RICK D. YOUNG, dba, ASSISTANT U.S. ATTORNEY
           PATRICK J. FITZGERALD, dba, U.S. ATTORNEY
           MICHAEL W. DOBBINS, dba, U.S. DISTRICT COURT, CLERK
              c/o Dirksen Federal Building
                 219 South Dearborn Street
                 Chicago, Illinois  60604

to respond point for point in rebuttal or defiance to each statement contained within this Affidavit within the three day grace period require under the Truth in Lending Act, Regulation Z. A lack of respons or rebuttal under the penalty of perjury, shall stand as a Certificate Of Acknowledgement to all the facts contained herein, and and agreement the records have been adjusted, the accounts are closed, and authorization to return all capital and interest through the Fiduciary to the Principal, Anthony Singleton-El, and shall collaterally estop any further adverserial actions by the UNITED STATES OF AMERICA, its agencies, or their individual employees.

**NOTICE TO AGENTS IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIPAL IS NOTICE TO AGENTS**

AFFIDAVIT FOR FULL SETTLEMENT
AND CLOSURE OF ACCOUNT AND REURN OF FUNDS

Dated this 30 of November, 2005                    by _____

Anthony Singleton-El, Principal
AUTHORIZED REPRESENTATIVE

Before me appeared, Anthony Singleton-El, affiant herein, and autographed
this document as a testament to the truthfulness of the statements
contained herein, on this ___3___ ,day of November, 2005

Mamie E. Robinson, NOTARY PUBLIC          My commission expires, 1/22/2008

REQUIRED RESPONSE ARE TO BE SENT TO;

Anthony Singleton-El
c/o ANTHONY SINGLETON
Reg# 94408-024
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 6001
Ashland, Kentucky  41105-6001


Ann Milton, Notary Public
7325 South East End
Chicago, Illinois, 60649

**EXHIBIT  ( x )**

**EXHIBIT   ( x )**

**From:**
Anthony Singleton-El
c/o 18901 Loras Lane
Country Club Hills, Illinois
[near] 60478

CERTIFIED REGISTRATION#
7005 1820 000 8600 8935

**To:**
Henry M. Paulson Jr., Secretary of the Treasury
Office of Alien Property Custodian
UNITED STATES DEPARTMENT OF THE TREASURY
1500 Pennsylvania Avenue
Washington, District of Columbia, 20220

Re: **INTERNATIONAL BILL OF EXCHANGE**

Dear Mr. Paulson, Alien Property Custodian:

Enclosed and attached hereto are documents from my examination, of Commercial Agreements which I have "Accepted For Value" (all related endorsements front and back to include those in accord with UCC-3 §419), i.e., [UNITED STATES DISTRICT COURT NDIL #1:03 CR 00175, #1:99 CR-00679] judgment and payment requests. I hereby request that you include the settlement of these matters in the accounting for the Internal Revenue 1040 ES payment voucher, and amended 1099 OID tax forms attached, with receipts and other evidence that I have "Accepted For Value" these matters and discharged them accordingly as Principal of the **pre-paid** account# [336465461], with further request to correct any previously filed 1099's.

Included and presented for payment is registered **INTERNATIONAL BILL OF EXCHANGE** #01261920, provided to you in exchange for securing the tax exemption priorty discharge of the outstanding United States Treasury obligations associated with the debtor [**ANTHONY SINGLETON‡ 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**] in accordance with House Joint Resolution-192. The total amount of this priority exchange is $_____(ANY AMOUNT)_____, U.S. Dollars, to be determined and written amount inserted by the Secretary or his designated assign, with amount to correspond with the actual value of registered assessed liability of the debtor with the United States Department of the Treasury, with further demand to file the appropriate Internal Revenue Forms reflecting this settlement on behalf of the debtor, i.e., 1099 OID, 1099 INT, 1096, and 1098.

Mr. Secretary, and or designated assign, you are to take my acceptance (BA), in exchange for the tax exemption priority settlement to the receiver at the Federal Window within (3) days from your agency's receipt of the instrument [**INTERNATIONAL BILL OF EXCHANGE**] in accord with Regulation Z Truth-in-Lending time for settlement of retail agreements. It is hereby agreed the instrument [**INTERNATIONAL BILL OF EXCHANGE**] is taken for settlement of U.S. Department of the Treasury obligations owed by debtor [**ANTHONY SINGLETON SSN# 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**], and that the obligations are discharged to the same extent discharge would result if an amount of money equal to the amount of the instrument were taken in payment for the obligations.

With this Posted transaction the settlement is documented for filing with the Internal Revenue 1040 ES, 1099 OID, 1099 INT, 1096, and 1098 Forms, and the discharge of liabilities associated with the debtor is complete, with demand for the Orders to be released to the Authorized Representative immediately thereafter, pre-paid and exempt from levy.

**NOTE:**

    **RETENTION OF THE INSTRUMENT [INTERNATIONAL BILL OF EXCHANGE] SHALL CONSTITUTE "ACCEPTANCE" AND WHOLLY DISCHARGES ANY FURTHER LIABILITY OWED BY DEBTOR TO THE UNITED STATES DEPARTMENT OF THE TREASURY, AND OR THE UNITED STATES DEPARTMENT OF JUSTICE AND IT'S INSTRUMENTALITIES**

If you require more information or assistance with the details of this matter, you are to contact me directly at the location below:

              Anthony Singleton-El
c/o  ANTHONY SINGLETON #94408-024
              FCI ASHLAND
              P.O. Box 6001
              Ashland, Kentucky  41105-6001

**Without recourse,**

Date _____

Anthony Singleton-El, Creditor
Authorized Representative

**EXHIBIT ( y )**

**EXHIBIT ( y )**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**ANTHONY SINGLETON-EL,**

**Plaintiff,**

v.

**ADMINISTRATIVE OFFICE OF
UNITED STATES COURTS
Corporation,**

**Defendant.**

Civil Action 07-00791  (HHK)

## ORDER  DIRECTING PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION

This matter comes ...                          it [#7],

filed June 11, 2007.  In *Fo...*                 held

that a district court must t...                  o

respond to a dispositive m...                    ure to

respond ... may result in th...                  at

509.  Plaintiff is also refen...                 which

to respond to a motion.  O...                    tion

as conceded.

In *Neal v. Kelly*, 9...                          courts

must inform *pro se* litigant...                  s in

the movant's affidavits wil...                    is

own affidavits or other do...

movant's affidavits.  *Id.* at                    2)).



Anthony Singleton-EL
FCI Ashland
Inmate Mail/Parcels
P.O. Box 6001
Ashland, KY 41105

41105+6.001