UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY SINGLETON-EL, )<br>)<br>   Plaintiff, )<br>  v. )<br>)<br>ADMINISTRATIVE OFFICE OF UNITED STATES )<br>COURTS, )<br>)<br>   Defendant. )<br>) | Civil Action No. 07-0791 (HHK) |

## NOTICE OF ERRATA

Defendant, the Administrative Office of the United States Courts ("AOUSC"), respectfully files this Errata to correct one typographical error in Defendant's Memorandum in Support of Motion to Dismiss ("Memorandum"), Docket Entry No. 7. On page 2 of the Memorandum, the second line of the Background section should read: "concerning the amounts Plaintiff owes in restitution . . . . " A corrected page 2 is attached for the Court's convenience.

Dated: July 19, 2007        Respectfully submitted,

                   Jeffrey A. Taylor
                 JEFFREY A. TAYLOR, D.C. BAR # 498610
                 United States Attorney

                   Rudolph Contreras
                 RUDOLPH CONTRERAS, D.C. BAR # 434122
                 Assistant United States Attorney

                   s/Sherease Louis
                 SHEREASE LOUIS
                 Special Assistant United States Attorney
                 United States Attorney's Office
                 555 4th Street, N.W.
                 Washington, D.C. 20530
                 (202) 307-0895

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY SINGLETON-EL, )<br>)<br>**Plaintiff,** )<br>v. )<br>)<br>ADMINISTRATIVE OFFICE OF UNITED STATES )<br>COURTS, )<br>)<br>**Defendant.** )<br>_____ ) | Civil Action No. 07-0791 (HHK) |

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Notice of Errata to be served upon *pro se* Plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

ANTHONY SINGLETON-EL
#94408-024
F.C.I. - Ashland
P.O.Box 6001
Ashland, KY 41105
*pro se*

on this 19th day of July, 2007.

        /s Sherease Louis
SHEREASE LOUIS
Special Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.,
Washington, D.C. 20530

**BACKGROUND**

Plaintiff filed a civil action complaining of Defendant's "willful refusal to amend the administrative records" concerning the amounts Plaintiff owes in restitution in two cases in the United States District Court for the Northern District of Illinois, 99-CR-0679 and 03 CR 0175. Complaint at 1. Plaintiff argues that these debts have been canceled. Compl. ¶ 12. The orders of restitution are for $12,994.69 and $168,044.11 and arise, respectively, from two federal criminal convictions in the Northern District of Illinois. In support of his claims, Plaintiff argues that he is a "Secured Party Creditor, priority lien holder of the artificial person, ens legis [ANTHONY SINGLETON]" Complaint ¶ 1. Defendant hereby requests that the Court take judicial notice that Plaintiff has made similar allegations in his cases in the past, leading one judge to order a mental competency evaluation. *See* Exhibit C, 03 CR 175, *Memorandum Opinion* (referring to Plaintiff's "bizarre *pro se* filings"); Exhibit D, *Transcript of Proceedings* (partial). *See also* Exhibit E, 04 CV 0291 (Dismissal of Plaintiff's Complaint for failure to state a claim under 1915(e)(2)(B); Exhibit H, 04 CV 5114(docket report indicating no certificate of appealability should issue). Because Plaintiff has offered no credible support for his allegations, the Complaint should be dismissed for failure to state a claim upon which relief can be granted.[1]

---

[1] On December 7, 2006, Plaintiff filed an administrative tort claim, dated November 1, 2006, against the AOUSC in the amount of $127,226,000. The exhibits to the tort claim contained the same "bizarre" exhibits and allegations Plaintiff alleges in his Complaint, and was denied on May 9, 2007.