district court of the united States
for the
District of Columbia

| | |
|---|---|
| Anthony Singleton-El,<br>                         Plaintiff,<br>Real Party in Interest<br><br>         vs.<br><br>ADMINISTRATIVE OFFICE OF UNITED<br>STATES COURTS,<br>                       Defendant, | Cause No.# 07 cv-00791   (HHK)<br><br>in admiralty<br><br>MOTION TO CORRECT CLERICAL ERRORS<br>Pursuant to FRCP Rule 60(a) |

MOTION TO CORRECT CLERICAL ERRORS
Pursuant to FRCP Rule 60(a)

Comes now, Anthony Singleton-El, Plaintiff sui juris, Real Party in Interest, without prejudice to any rights, remedies, or defenses, while pursuant any applicable statutes and or law of the forum, none of which shall be regarded as waived, but rather specifically reserved, and moves the court to correct the following errors in the court records, in accord with Federal Rules of Civil Procedure Rule **60(a)**, and states the errors as follows;

1.) Plaintiff has filed complaint **in admiralty** regarding maritime cause of action relative to Title 5 USC §552(a)(g), by pleading special matters pursuant to FRCP Rule 9(h), while invoking the courts jurisdiction under Title 28 USC §1333, utilizing the priviledge of the "saving to suitors" clause to provide for the common law remedy and allow for Plaintiff's action to proceed "in personam".

RECEIVED
JUL 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2.) However, all court documents received by Plaintiff from the Court identify Plaintiff as an artificial legal entity [**ANTHONY SINGLETON -EL**]. Plaintiff **IS NOT** a legal fiction at law, legal fiction, legally created person, or artificial entity of any kind, and is not a res of any public trust created by any governmental corporate entity, and is not a citizen under the terms of the 14th amendment to the UNITED STATES OF AMERICA, and does not consent to be held to or subject to "**in rem**" proceedings or actions in the administrative commercial courts of governmental corporate entities. Therefore all court records and documents which indicate consent of Plaintiff, Anthony Singleton-El, to proceed with cause 07 cv 0791 before the legislative courts of the corporate UNITED STATES as a "**res**" of said corporate trust, i.e., [**ANTHONY SINGLETON-EL**], are in error, and moves the Court to order the correction of the clerical errors pursuant to FRCP Rule 60(a).

3.) Plaintiff has filed several commercial documents which authorizes the district court of the united States for the District of Columbia to utilize as bond to facilitate Preliminary Injunction against Defendant, in accord with FRCP Rule 65(c), and Supplemental Rules of Admiralty Rule **E.(5)(b)**, on 4/30/2007. However, the Clerk of the Court has refused to docket any of the commercial documents, i.e., [**LETTER OF UNDERTAKING**], [**SURETY BOND**], or the accompanying authorizations of the Secretary of the Treasury, Henry M. Paulson, and moves the court to correct the clerical ommissions pursuant to FRCP Rule 60(a), as such ommissions create the presumption Plaintiff lacks the legal standing to bring suit in admiralty jurisdiction.

4.) Plaintiff has caused to be filed several documents pleading special matters pursuant to FRCP Rule 9(a), 9(b), and Federal Rules of Evidence Rule 201(d), i.e,[**ACTUAL AND CONSTRUCTIVE NOTICE OF CAPACITY**] [**ACTUAL AND CONSTRUCTIVE NOTICE OF FRAUD**], and [**MANDATORY JUDICIAL NOTICE OF ADJUDICATIVE FACTS**] respectively. However, the Clerk of the Court has refused to docket these pleadings as seperate and distinct pleadings from Plaintiff's "**MOTION FOR SUMMARY JUDGMENT**", creating the fraudulent presumption said pleadings are in fact responsive pleadings to the Defendant's "**MOTION TO DISMISS COMPLAINT**". Plaintiff moves the Court to order the correction of the docket to include these matters as seperate and distinct matters to be addressed by the Article III Court.

## CONCLUSION

Should the Court find statements contained within any of Plaintiff's pleadings which have provided for any presumption that Plaintiff has chose to litigate said matters in violation of the corresponding statute Title 5 USC §552(**a**)(g), within the Article I legislative administrative commercial courts, as a "**res**" of the corporate trust, have been controverted by the documents submitted to the Clerk of the Court. However, the act of excluding these documents from the docket by the Clerk of the Court, alters substantially the rights which have been asserted by the pleadings and commercial instruments tendered to the Court in exchange for the promises in the reading of FRCP Rule 65(a), Supp Rules of Admiralty Rule **E.**(5)(b), FRCP Rule 9(a), 9(b), 9(h), and Title 28 USC §1333.

Said exclusion of Plaintiff's pleadings from the docket allow for misapplications of law, and errors in judicial determinations which have and will cause further adverse effects on the rights of the party Plaintiff. Plaintiff has asserted certain rights which are supported by the pleadings and commercial instruments tendered to the Court, for which the Clerk has excluded from the record. The Clerk has given the explanation " all such documents filed simultaneously with Plaintiff's **MOTION FOR SUMMARY JUDGMENT**" have been listed as attachments to the Plaintiff's Motion for Summary Judgment". However, the documents i.e., [**ACTUAL AND CONSTRUCTIVE NOTICE OF CAPACITY**], pursuant to FRCP Rule 9(a), [**ACTUAL AND CONSTRUCTIVE NOTICE OF FRAUD**], pursuant to FRCP Rule 9(b), and [**MANDATORY JUDICIAL NOTICE OF ADJUDICATIVE FACTS**], pursuant to Federal Rules of Evidence Rule 201(d), is in no way to be construed as a convoluted approach to support Plaintiff's Motion for Summary Judgment, but rather independent distinct special pleadings requiring independent docket entrys mandating independent judicial notice and appropiate independent responses, as provided for by the federal rules. Moreover, the exclusion from the record the tendered Surety Bond# 021553, and associated evidences of authorization, has provided for the fraudulent presumption Plaintiff is not entitled to the remedies pleaded, thus constituting extrinsic fraud upon the Court.

WHEREAS, Plaintiff has filed an admiralty maritime claim for relief, relative to Title 5 USC §552a (g), supported by lien right, appropiate bonding, and administrative judgment in estoppel, and is entitled to the judicial review requested without impairment by the Clerks office.

WHEREAS, should Plaintiff be found responsible for the errors and ommissions, and the misrepresentation of the party Plaintiff as an artificial legal entity, or application for relief inappropiately to deprive Plaintiff of the relief requested, Plaintiff requests the Court to provide specific details outlining Plaintiff's errors for correction, so as to prevent any discord or misapplications of the law.

WHEREFORE, in the absence of explanation detailing Plaintiff's responsibility for the errors, ommissions, and legal misrepresentations in the court records and docket entries, Plaintiff moves the Court to order the corrections so identified within this Motion To Correct Clerical Errors pursuant to FRCP Rule 60(a), and any other relief the court deems just and proper. This request is made with reservation of all rights, and without prejudice to any rights Plaintiff may have both statutorially and or procedurally.

Respectfully submitted,

Date: 7/13/2007

Anthony Singleton-El, Plaintiff
Sui juris, Real Party in Interest

Anthony Singleton-El
ANTHONY SINGLETON
Register# 94408-024
FCI Ashland
P.O. Box 6001
Ashland, Kentucky
near [41105]

district court of the united States
for the
District of Columbia

| | |
|---|---|
| Anthony Singleton-El, )<br>                  Plaintiff,)<br><u>Real Party in Interest</u>   )<br>                            )<br>      vs.             )<br>                            )<br>ADMINISTRATIVE OFFICE OF UNITED)<br>STATES COURTS,             )<br>                  Defendant,) | Cause No. 07 cv-00791<br><br>in admiralty<br><br>Henry H. Kennedy, Judge |

## CERTIFICATE OF SERVICE

Please take notice, the undersigned has caused to be delivered a true, correct copy of the foregoing [**MOTION TO CORRECT CLERICAL ERRORS**] pursuant to FRCP Rule 60(a), via first class United States Postal Service, to Special Assistant U.S. Attorney, Sherease Louis, U.S. Attorney's Office, 555 Fourth Street, NW, Washington, D.C., 20530, on this 12 day of July, 2007.

                                                                  Anthony Singleton-El, Plaintiff

Anthony Singleton-El
c/o ANTHONY SINGLETON
    Register# 94408-024
    FCI Ashland
    P.O. Box 6001
    Ashland, Kentucky
    near [41105]

district court of the united States
for the
District of Columbia

Anthony Singleton-El,       )
                    Plaintiff,)      Cause No. 07 cv-00791
<u>Real Party in Interest</u>    )
                                )      in admiralty
           vs.            )
                                )      Henry H. Kennedy, Judge
ADMINISTRATIVE OFFICE OF UNITED)
STATES COURTS,              )
                   Defendant,)

## CERTIFICATE OF FILING

Please take notice, the undersigned has caused to be filed with the Clerk of the Court, the foregoing [**MOTION TO CORRECT CLERICAL ERRORS**] pursuant to FRCP Rule 60(a), by mailing said document via Certified United States Postal Service item# **700707100000283701979**, on this 13 day of July, 2007.

                                                /s/ Anthony Singleton-El, Plaintiff

Anthony Singleton-El
c/o ANTHONY SINGLETON
   Register# 94408-024
   FCI Ashland
   P.O. Box 6001
   Ashland, Kentucky
   near [41105]