district court of the united States
for the
District of Columbia

RECEIVED
JUL 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Anthony Singleton-El,            )<br>      Plaintiff   )<br><u>Real Party in Interest        </u>)<br>            )<br>    vs      )<br>            )<br>ADMINISTRATIVE OFFICE OF UNITED )<br>STATES COURTS,      )<br>      Defendant, )<br>            ) | Cause No. 07 cv-00791 (HHK)<br><br>in admiralty<br><br>MOTION FOR SUMMARY JUDGMENT<br>AMENDMENT |

**MOTION FOR SUMMARY JUDGMENT AMENDMENT**
**PURSUANT TO FRCP RULE 56(c)**

  Comes now, Anthony Singleton-El, Sui juris Plaintiff, Real Party in Interest, without prejudice and reservation of all rights, while pursuant any applicable statutes and or law of the forum, none of which shall be regarded as waived, statutorially or procedurally, but rather specifically reserved, and moves the Court to declare all issues concerning the liability of the Defendant, [ADMINISTRATIVE OFFICE OF UNITED STATES COURTS] stare decisis non quieta movere, per judgment in estoppel attached hereto as [CERTIFICATE OF NON-RESPONSE/DEFAULT] [CERTIFICATE OF DISHONOR/PROTEST] filed as exhibits (m), and (g).

  Said record of the administrative proceedings certfify the stipulations sought were previously granted and pre-establish there are no genuine issues as to any material fact, wherein Plaintiff is entitled to be issued summary judgment forthwith as a matter of law.

WHEREFORE, Plaintiff moves the Court for order of enforcement on the contract relative to the associated provisions of Title 5 USC §552a (g), and any other relief the Court deems just and proper.

Respectfully submitted, without prejudice to any rights,

_____        Date: 7/24/2007
Anthony Singleton-El, Plaintiff,
Sui juris, Real Party in Interest

### CERTIFICATE OF SERVICE

Please take notice that the undersigned certifies under penalty of of the laws of the United States to have caused to be delivered a true, correct copy of the foregoing to the counsel for the Defendant. Ms. Sherease Louis, Special Assistant U.S. Attorney, United States Attorney's Office, 555 4th Street NW, Washington, D.C. 20530, via pre-paid, first class United States postal service delivery, on this 24th day of July, 2007.

_____
Anthony Singleton-El, Plaintiff

c/o ANTHONY SINGLETON
Register# 94408-024
FCI Ashland
P.O. Box 6001
near [41105]

Case 1:07-cv-00791-HHK   Document 15   Filed 07/30/2007   Page 3 of 8

County of Cook    )
                  )ss
State of Illinois)

## CERTIFICATE OF NON-RESPONSE/
## CERTIFICATE OF DEFAULT

On March 1, 2007, the private party Anthony Singleton-El, caused to be delivered Confidential Commercial Information to the agency [ADMINISTRATIVE OFFICE OF U.S. COURTS] through its agent/General Counsel, William R. Burchill, Jr., via U.S. Postal Service certified postal item# 70050390000668292742, bearing request for administrative litigation concerning the agency's dissemination of inaccurate records with respect to; U.S. District Court NDIL accounts# **99 CR 0679**, and **03 CR 0175**, pursuant to Title 5 USC 552a. Said presentment sought to amend the inaccurate records and or cure the misapplications of the policies which enforce the collection of the public debts associated therewith, or alternatively provide the private party through this public official evidence which would substantiate the denial of the request.

To date, I have not received a response as requested and that the failure to provide the evidence so requested is deemed certificate of acknowledgement of the agency's [ADMINISTRATIVE OFFICE OF U.S. COURTS] maintenance and dissemination of inaccurate records regarding accounts# **99 CR 0679** NDIL, and **03 CR 0175** NDIL. Such failure to respond per agreement of the parties, established the agency's election to stipulate to the following statements of the administrative inquiry, which are; (a) the [ADMINISTRATIVE OFFICE OF U.S. COURTS] does not hold registered title to the claim U.S. District Court Cause# **03 CR-00175**, (b) that Anthony Singleton-El is the registered principal of the claim U.S. District Court Cause# **03 CR-00175**, (c) that Anthony Singleton-El is the registered principal of the U.S. Treasury pre-paid exemption account# **336465461**, (d) that the agent

of the [ADMINISTRATIVE OFFICE OF U.S. COURTS] MICHAEL W. DOBBINS, was appointed temporary fiduciary of the trust [ANTHONY SINGLETON] and assigned commercial discharge instruments funded by the United States Treasury, (e) that the commercial discharge instruments were approved by the Secretary of the United States Treasury to completely settle and discharge the public liabilities of [ANTHONY SINGLETON] associated with account# 03 CR 00175 NDIL, (f) that a commercial discharge instrument was issued to the U.S. Department of the Treasury to completely settle the public liability of [ANTHONY SINGLETON] associated with account# 99 CR 0679 NDIL, (g) that the commercial discharge instrument was approved by the Secretary of the United States Treasury to completely settle and discharge the public liability of [ANTHONY SINGLETON] associated with account# 99 CR 0679 NDIL, (h) that the ADMINISTRATIVE OFFICE OF U.S. COURTS] is not in possession of Notice of Dishonor or refusal on the discharge instuments tendered to settle the complete public liability of [ANTHONY SINGLETON] regarding accounts# 99 CR 0679 NDIL, and 03 CR 0175 NDIL.

THEREFORE, the undersigned declares, that I have issued this maritime **CERTIFICATE OF NON-RESPONSE/CERTIFICATE OF DEFAULT**, as testament to the agency's [ADMINISTRATIVE OFFICE OF U.S. COURTS] non-response and certification of the stipulations identified herein, and shall testify the same, as third party witness, should any questions arise to the validity of the non-response, and the certification of the stipulations contained within this official document.

Dated this 15th day of April, 2007.


*Ann Milton*, Notary Public          My Commission Expires: 05/16/07

"OFFICIAL SEAL"
Ann Milton
Notary Public, State of Illinois
My Commission Exp. 05/16/2007

Case 1:07-cv-00791-HHK    Document 15    Filed 07/30/2007    Page 6 of 8

January 11, 2006

Ann Milton  
Notary Public  
7325 S. East End Avenue  
Chicago, Illinois  60649

County of Cook    )  
                 )ss  
State of Illinois)

## CERTIFICATE OF PROTEST
## CERTIFICATE OF DISHONOR

On December 13, 2005, Anthony Singleton-El, caused to be delivered via registered mail, maritime drafts to the agents, officers, indicated herein, bearing the duty to respond to the presentments, (**PUBLIC NOTICE AND SURETY BOND**), and (**LETTER ROGATORY**). Notwithstanding numerous vary other drafts by the non-fictional entity.  All such presentments establish the diversity between the fictional entity charged, convicted, and liened as surety for the "Miller Act" bonds, and that the non fictional entity is being held for the fictional entity.  Said presentments sought to establish a cure for the misapplications of the policies being enforced or in the alternative a stipulation that there were no outstanding unsettled  and/or unresolved claims, or evidence of a superior lien.
To date, I have not received response as requested and that the failure to recreate the evidence or proof so required is deemed certificate of acknowledgement that all of the positions of the Creditor, Secured Party, are accurate, and there is no authority whatsoever for any party to detain, withhold, or utilize the property [**ANTHONY SINGLETON, AUTOtris# 336465461, Cusip# 336465461, EIN# 336465461**], as this official has not been provided the responses necessary for the establishment of authority contrary to the position established by the Creditor, Secured Party, Anthony Singleton El.  Such responses were required of:

**MICHAEL W. DOBBINS**,  d/b/a, U.S. DISTRICT COURT CLERK  
**DAVID H. COAR**, d/b/a, U.S. DISTRICT COURT JUDGE  
**RICK D. YOUNG**, d/b/a, ASSISTANT U.S. ATTORNEY  
**PATRICK J. FITZGERALD**, d/b/a U.S. ATTORNEY  
Everett McKinley Dirksen Bldg.  
219 South Dearborn Street  
Chicago, Illinois  60604

The records show that the agents acting for the principal, all of whom received copies of the above referenced drafts, elected to so stipulate, as to the fact that no unresolved claims remain outstanding, which would prevent an order from issuing to permanently close and settle the issue of release of the property bearing the superior lien cited on the drafts. The stipulations are sustained on the grounds that the agents, officials, had a duty to provide notice to the principal, and the principal had a duty to provide notice to their agents, officials, as to the lack of response would result in the agreement outlined in the [**PUBLIC NOTICE AND SURETY BOND/AFFIDAVIT OF STIPULATION**] and [**OPPORTUNITY TO CURE**].

This **CERTIFICATE OF PROTEST/CERTIFICATE OF DISHONOR**, reflects this Notary's personal knowledge that said agents/officers of the court, failed to respond, certifying the stipulations sought was granted. This Notary now has personal knowledge that all of the parties named above as recipients, elected not to respond to the drafts a second time, when sent by this Notary, and elected not to cure, via response to the [**NOTICE OF PROTEST/OPPORTUNITY TO CURE**], which establishes the "Dishonor". The terms and conditions clearly designate the terms and conditions the silence would manifest, particulary; (A) that the lien upon the property/body of **ANTHONY SINGLETON**, a fictional entity, is a superior lien, as referenced by the UCC-1 filing FS 8593248 SOSIL of July 23, 2004, is superior; (B) that the lien placed upon the property / body of **ANTHONY SINGLETON**, by the UNITED STATES via RICK D. YOUNG, is inferior to the lien of Anthony Singleton-El; (C) that the secondary lien holder never received permission from the primary lien holder to subordinate the superior lien; (D) that Anthony Singleton-El did not knowingly or intentionally dishonor the claims made by the UNITED STATES via RICK D. YOUNG, and that the presumption of dishonor was the direct result of fraud and misrepresentation; (E) that the Principal, primary lien holder is entitled to the return of the tax deductions seized under color of law, as a direct result of the 1096-1098 filings made with the IRS on behalf of the Trust, without consent and without authority under the color of law; (F) that the Principal, primary lien holder, Anthony Singleton-El, is entitled to all capital and interest acquired as a direct result of fraud and unlawful conversion; (G) that the primary lien holder is entitled to immediately recover the GSA SF 273, Performance Bonds, SF 274 Payment Bonds, and SF 275 Re-insurance Bonds, and all capital and interest, as all such bonds have been discharged through the primary lien holders private exemption; (H) that the UCC-1 financing statement and the associated Security Agreement [FS 8593248 SOSIL] establishes the diversity issue, that the party being held and detained as surety at the Federal Bureau of Prisons contract warehousing facility, may not be attained as surety for the fictional entity; (I) and that all claims to the property/body of [**ANTHONY SINGLETON, HALL**, AUTOtris# 336465461, CUSIP# 336465461, EIN# 336465461] and the Public Liability 03 CR 0175 NDIL, AUTOtris# CUSIP#, 336465461, have been settled and completely adjusted and permanently closed with prejudice.

THEREFORE, the undersigned declares, that I have tendered this maritime **CERTIFICATE OF DISHONOR** to the drawer of the maritime drafts, and that this Notary has title to the stipulations, and is prepared to testify the same, as third party witness, should any questions arise as to the validity of the stipulations contained herein.

_Ann Milton_, Notary Public

05/16/2007 Commission Expires

"OFFICIAL SEAL"
Ann Milton
Notary Public, State of Illinois
My Commission Exp. 05/16/2007