District Court of the United States
for the
District of Columbia

RECEIVED
OCT 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Anthony Singleton-El,          ) | Cause No.: 1:07 cv-00791 |
|                                ) | |
|          Plaintiff,            ) | in admiralty |
| <u>real party in interest</u>  ) | |
|                                ) | Judge Henry H. Kennedy |
|          vs.                   ) | |
|                                ) | |
| ADMINISTRATIVE OFFICE OF UNITED ) | PETITION FOR EXPEDITED |
| STATES COURTS,                 ) | DETERMINATION  Title 28 USC |
|                                ) | 1657 |
|          Defendant,            ) | |

PETITION FOR EXPEDITED DETERMINATION

Comes now, Anthony Singleton-El, Plaintiff, and requests the Court to expedite the consideration of Plaintiffs petition for **TEMPORARY RESTRAINING ORDER/ PRELIMINARY INJUNCTION** in accord with Title 28 USC §1657, and states the following in support thereof;

1. Plaintiff has filed with the Court petition for Temporary Restraining Order and Preliminary Injunction against Defendant on 04/30/2007, so as to prevent Defendant from further immediate and irreparable damage to Plaintiff.

2. Defendant has been properly noticed with summons and associated complaint and petition for Temporary Restraining Order and Preliminary Injunction, as verified with the attached copy of certified mail receipt and Cerificate of Service, certifying Defendant's proper notice of the request.

3. Plaintiff has caused to be filed with the Court, **Surety Bond # 021553**, and **Letter of Undertaking** on 05/30/2007, in accord with the security provisions mandated by Rule 65(c), and Supplemental Rules of Admiralty E (5)(a), (b), and Rule F (3).

4. The Court is in receipt of the evidence of authorization for said **Surety Bond # 021553** use as valid security by the Secretary of the Treasury of the United States, Henry M. Paulson, Jr..

5. Plaintiff has suffered a legal wrong by the agency's [**AOUSC**], enforcement of debt collection procedures against the property [**ANTHONY SINGLETON #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**], resulting in irreparable damage, as Plaintiff's liberty interests are at stake.

Wherefore, Plaintiff moves the Court to comply with the statutory provisions of Title 28 USC §1657, and expedite the determination of Plaintiff's **TEMPORARY RESTRAINING ORDER/ PRELIMINARY INJUNCTION**, or alternatively provide Plaintiff with explanation specifying the grounds for the Courts delay in consideration. The Courts failure to comply violates Executive Order No. 13107 of Dec 10, 1998, at Fed. Reg. 68991 Section 1., pursuant to the Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, for such failure to consider the fundamental freedoms and human rights obligations of the United States.

Respectfully submitted,

_____
Anthony Singleton-El, Plaintiff

District Court of the United States
for the
District of Columbia

| | |
|---|---|
| Anthony Singleton-El, ) | Cause No.: 1:07 cv-00791 |
| ) | |
| Plaintiff,) | in admiralty |
| real party in interest ) | |
| ) | Judge Henry H. Kennedy |
| vs. ) | |
| ) | |
| ADMINISTRATIVE OFFICE OF UNITED) | PETITION FOR EXPEDITED DETERMINATION |
| STATES COURTS, ) | Title 28 USC §1657 |
| ) | |
| Defendant,) | |

## CERTIFICATE OF FILING

I Anthony Singleton-El, Plaintiff, without prejudice to any rights, hereby certifies that I have caused to be filed with the district court of the Unted States for the District of Columbia, **PETITION FOR EXPEDITED DETERMINATION**, and **CERTIFICATE OF SERVICE** to counsel for the Defendant, via first class U.S. postal service delivery, on this _____ day of October, 2007.

_____
Anthony Singleton-El, Plaintiff

c/o ANTHONY SINGLETON
    Register# 94408-024
    FCI Ashland
    P.O. Box 6001
    Ashland, Kentucky
    [near] 41105