UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY SINGLETON-EL,<br><br>            Plaintiff,<br><br>      v.<br><br>ADMINISTRATIVE OFFICE OF<br>UNITED STATES COURTS,<br><br>            Defendant. | Civil Action 07-00791  (HHK) |

ORDER TRANSFERRING CASE TO
THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Before the court is defendant's motion for summary judgment, or in the alternative, to transfer the case to the U.S. District Court for the Northern District of Illinois [#7]. Upon consideration of the motion and the record of the case, the court finds that the interests of justice warrant such a transfer. *See* 28 U.S.C. § 1406(a).

Accordingly, it is this 16th th day of October, 2007, hereby

**ORDERED** that the defendants' motion to transfer [#7] is **GRANTED**; and it is further

**ORDERED** that the above-captioned case shall be transferred to the United States District Court for the Northern District of Illinois. The clerk shall take all necessary steps to effectuate the transfer promptly.

                                                                  Henry H. Kennedy, Jr.
                                                                  United States District Judge