UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY SINGLETON-EL,**<br><br>           **Plaintiff,**<br><br>      v.<br><br>**ADMINISTRATIVE OFFICE OF UNITED STATES COURTS,**<br><br>           **Defendant.** | Civil Action 07-00791  (HHK) |

**ORDER DENYING MOTION AS MOOT**

Before the court is plaintiff's motion for expedited consideration [#16]. Because the court has transferred the case to the U.S. District Court for the Northern District of Illinois, defendant's motion is moot. Accordingly, it is this 16th day of October 2007, hereby

**ORDERED** that defendant's "Motion for Expedited Determination" [#16] is **DENIED** as moot.

                                                                       Henry H. Kennedy, Jr.
                                                                         United States District Judge