District Court of the united States
for the
District of Columbia

**RECEIVED**

NOV 14 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Anthony Singleton-El,<br>          Plaintiff,<br>Real Party in Interest<br><br>vs.<br><br>ADMINISTRATIVE OFFICE OF UNITED STATES COURTS,<br>          Defendant | Case No. 07 CV-0791<br><br>in admiralty<br><br>Judge Henry H. Kennedy<br><br>NOTICE OF OBJECTION TO ORDER |

**NOTICE OF OBJECTION TO COURT ORDER ON 10/16/2007**

Comes Now, Anthony Singleton-El, Plaintiff, without prejudice to any rights, statutorily or procedurally, and declares to take exception to the Courts **ORDER TRANSFERRING CASE TO THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**, and states the following in objection;

1.) That the Defendant filed **MOTION TO DISMISS CASE AS FRIVOLOUS** on 06/11/2007, with auxillary request if Court deems Plaintiff's claim meritorious, to transfer the matter to the U.S. District Court for the Northern District of Illinois.

2.) That there exists no statutory basis for Defendant's request to transfer the matter to the Northern District of Illinois.

3.) That the Defendant was served summons to respond to Plaintiff's claim at the following location; One Columbus Circle N.E., Washington, District of Columbia, 20544, making the district court for the united States the proper venue.

4.) That the subject records in violation of the Privacy Act are maintained by the ADMINISTRATIVE OFFICE OF U.S. COURTS, One Columbus Circle N.E., Washington, District of Columbia, 20544.

5.) That the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, does not have the capacity for Injunctive Relief against the ADMINISTRATIVE OFFICE OF U.S. COURTS.

6.) That Plaintiff has filed with the district court for the united States for the District of Columbia, Petition for Preliminary Injunction/ Temporary Restraining Order and the required security associated with said request authorized by the Secretary of the United States Treasury, filed in accord with Supplemental Rules of Admiralty, RULE 5(a)(b), and FRCP Rule 65(c), and therefore entitled to the relief requested as a matter of law.

7. That Plaintiff has filed **PETTITION FOR SUMMARY JUDGMENT** pursuant to FRCP Rule 56(e) with supporting affidavits on 07/30/2007, affirmatively establishing facts to which there is no genuine issue, and Defendant has failed to rebut, warranting Summary Judgment in favor of Plaintiff as a matter of law.

8.) That this Court has failed to provide the consideration required by statute to Plaintiff's Petition for Preliminary Injunction/ Temporary Restraining Order, and Summary Judgment, resulting in continuation of injurious harm to which Plaintiff has petitioned the district court for relief.

9.) That all such contentions placed before this Court by Defendant have proven to be fraudulent, as Defendant has not provided the Court any evidence which contravenes Plaintiff's **ACTUAL AND CONSTRUCTIVE NOTICE OF FRAUD** pursuant to FRCP Rule 9(b), filed with the Court on 07/05/2007.

**SUMMARY**

The Courts willful failure to require substantiation of Defendant's claims after notice of fraud upon the Court; willful failure to Order correction of clerical errors; willful failure to determine rights of Plaintiff concerning Preliminary Injunction/ Temporary Restraining Order, and or Petition for Summary Judgment, and Order transfer of Plaintiff's claim absent statutory authority to a court which does not possess substantive due process or injunctive relief authority to Plaintiff, is an open apparent travesty of justice, as Plantiff has not seen any statutory authority to support this Courts actions and believes none exists. And whereas, the Court's cognizance that Plaintiff's liberty interests are at stake, consciously violates Executive Order No. 13107 of Dec. 10th, 1998, 63 Fed Reg. 68991, and the human rights obligations of the United States, bearing in mind International Covenants said government is a party to by treaty.

**WHEREFORE,** Anthony Singleton-El, Plaintiff, without prejudice to any rights while petitioning this Court pursuant any statutes, Objects to the Court Order of 10/16/2007, ordering the transfer of Plaintiff's civil claim for relief in accord with Title 5 USC §552a (g)(5), in admiralty, to the UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, wherein said statute requires any civil claim pursuant thereof be brought in the district court of the United States, in the district the records are situated, or in the District of Columbia. Plaintiff takes exception to the Court's refusal to acknowledge or rule on the legitimate claims presented, or enforce the obligations of the United States as required pursuant to FRCP Rules and statutes regarding the correction of records. And moreover, objects to the Order transferring the claim to an inappropiate venue absent statutory justification. And as such, requests the Court to reconsider it's actions which are in direct violation to the Rules, and reverse said Order of 10/16/2007 on the Court's own cognition, with Order retaining said action in the district court of the United States, for the District of Columbia, as is appropiate for Article III judicial determination and enforcement of the Privacy Act.

Respectfully submitted,

Dated 11/7/2007

Anthony Singleton-El, Plaintiff
Authorized Representative of
[**ANTHONY SINGLETON**]

Anthony Singleton-El
c/o ANTHONY SINGLETON
P.O. Box 6001
Ashland, Kentucky  41105-6001

district court of the united States
for the
District of Columbia

| | |
|---|---|
| Anthony Singleton-El,<br>　　　　　　　Plaintiff,<br>Real Party in Interest<br><br>　　　　vs.<br><br>ADMINISTRATIVE OFFICE OF UNITED STATES COURTS,<br>　　　　　　　Defendant, | Case No. 07 CV-0791<br><br>in admiralty<br><br>Judge Henry H. Kennedy<br><br><br>NOTICE OF OBJECTION TO ORDER |

## CERTIFICATE OF FILING

I Anthony Singleton-El, Plaintiff, Real Party in Interest, certifys that I have caused to be filed [**NOTICE OF OBJECTION TO COURT ORDER**] Petition. By mailing said Petition to the district court of the united States, for the District of Columbia, 333 Constitution Ave., Washington, D.C., 20001, via Certified Registered U.S. Postal Service item No.# **7007 0710 0002 8370 2518**, on this 7th day of November, in the year 2007 A.D., with request for return of stamped **FILED** copy of the filing and Docket Sheet indicating the same. This statement is made under penalty of the laws of the United States, and certified as true, correct, and complete.

Anthony Singleton-El
c/o ANTHONY SINGLETON
P.O. Box 6001
Ashland, Kentucky  41105

　　　　　　　　　　　　　　　　_/s/ Anthony Singleton-El_
　　　　　　　　　　　　　　　　Anthony Singleton-El, Plaintiff

district court of the united States
for the
District of Columbia

| | |
|---|---|
| Anthony Singleton-El,           ) | Case No. 07 CV-0791 |
|                Plaintiff, ) | |
| Real Party in Interest          ) | in admiralty |
|                                 ) | |
|                                 ) | Judge Henry H. Kennedy |
|         vs.                      ) | |
|                                 ) | |
| ADMINISTRATIVE OFFICE OF UNITED ) | |
| STATES COURTS,                  ) | NOTICE OF OBJECTION TO ORDER |
|               Defendant, ) | |

### CERTIFICATE OF SERVICE

I Anthony Singleton-El, Plaintiff, certifys to have caused to to be delivered to, Shearease Louis, U.S. ATTORNEY'S OFFICE, 555 Fourth Street, NW, Room 4821, Washington, D.C. 20530, **NOTICE OF OBJECTION TO COURT ORDER ON 10/16/2007**, via prepaid First Class U.S. Postal Service Delivery, on this ___ day of November, 2007.

                                                      Anthony Singleton-El, Plaintiff

Anthony Singleton-El
c/o ANTHONY SINGLETON
Register# 94408-024
FCI ASHLAND
P.O. Box 6001
Ashland, Kentucky  41105-6001