# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-5386**　　　　　　　　　　　　　　　　**September Term 2007**

　　　　　　　　　　　　　　　　　　　　　　　　　07cv00791

　　　　　　　　　　　　　　　**Filed On:** April 14, 2008

In re: Anthony Singleton-El,

　　Petitioner


**BEFORE:**　Sentelle, Chief Judge, and Henderson and Tatel, Circuit Judges

### O R D E R

　　Upon consideration of the petition for writ of mandamus; and this court's order filed February 5, 2008, and the response thereto, it is

　　**ORDERED**, on the court's own motion, that this case be dismissed for lack of prosecution. On February 5, 2008, this court gave petitioner another opportunity to file a memorandum of law and fact in support of his petition, and either pay the docketing fee or file a motion for leave to proceed in forma pauperis, or face dismissal for lack of prosecution. In response, petitioner neither filed a memorandum addressing his mandamus petition, nor paid the fees, nor filed a motion for leave to proceed in forma pauperis. See D.C. Cir. Rule 38.

　　Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

### Per Curiam

A True Copy:

United States Court of Appeals
for the District of Columbia Circuit

By: /s/ _____ Deputy Clerk